JUDGE SCHOFIELD

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/10/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

    - v -

                                            :   NOTICE OF INTENT TO
                                              FILE AN INFORMATION

GLENCORE INTERNATIONAL A.G.,       :

           Defendant.             :

- - - - - - - - - - - - - - - x

**22 CRIM 297**

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
        May 10, 2022

                                            DAMIAN WILLIAMS
                                            United States Attorney

JUDGE SCHOFIELD    By: _____
                                       Michael McGinnis
                                       Assistant United States Attorney


                                            DEBORAH CONNOR
                                            Chief, Money Laundering and Asset
                                              Recovery Section
                                            U.S. Department of Justice

                     By: _____
                                       Michael Khoo
                                       Trial Attorney

Joseph Beemsterboer
Acting Chief, Fraud Section
U.S. Department of Justice

By: *James Mandolfo*
James Mandolfo
Trial Attorney

AGREED AND CONSENTED TO:

By: *Howard M Shapiro*
Howard Shapiro
Attorney for Glencore
International A.G.