UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA  :

v.  :

GLENCORE INTERNATIONAL A.G.,  :

        Defendant.  :

------------------------------------X

JUDGE SCHOFIELD

22 CRIM 297

22 Cr. ____ (LGS)

The above-named defendant, who is accused of violating Title 18, United States Code, Section 371, being advised of the nature of the charge and of its rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                    _____
                                    Defendant

                                    _____
                                    Witness

                                    _____
                                    Counsel for Defendant

Date:  New York, New York
         May 24, 2022



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 24 2022