UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) **NOTICE OF APPEARANCE AND REQUEST** |
| | ) **FOR ELECTRONIC NOTIFICATION** |
| - v. - | ) **22 Cr. 297 (LGS)** |
| | ) |
| GLENCORE INTERNATIONAL A.G. | ) |
| | ) |
| Defendant. | ) |

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

JOSEPH BEEMSTERBOER
Acting Chief, Fraud Section
U.S. Department of Justice

by:   *s/*
      Leila Babaeva
      Trial Attorney
      Fraud Section
      U.S. Department of Justice
      (202) 549-5731
      Leila.babaeva@usdoj.gov