

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 31, 2022

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Glencore International A.G.*, 22 Cr. 297 (LGS)

Dear Judge Schofield:

    The Government respectfully submits this letter in advance of the sentencing control date in the above-captioned matter, presently scheduled for October 3, 2022, at 3:00 p.m., and the related submission deadlines, presently scheduled for September 6, 2022 (for the defendant's submission) and September 19, 2022 (for the Government's submission).  The Government is continuing to engage with Swiss authorities in connection with issues relating to the imposition of an independent compliance monitor and the parties seek additional time for those issues to be resolved before filing written sentencing submissions and proceeding to sentencing.

    Accordingly, the Government respectfully requests an adjournment of approximately 45 days of the sentencing control date and related submissions deadlines.  The Government has conferred with counsel for Glencore, who consents to this request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:         s/        
    Michael C. McGinnis
    Juliana N. Murray
    Assistant United States Attorney
    Tel:  (212) 637-2305 / 2314

                    LORINDA I. LARYEA
                    Acting Chief, Fraud Section

By: _____s/_____
     James D. Mandolfo
     Leila Babaeva
     Tel: (202) 923-5341

     JAMES C. BOHLING
     Acting Chief, Money Laundering and Asset Recovery Section

By: _____s/_____
     Michael W. Khoo
     Tel: (202) 532-4708

cc:    Counsel to Glencore (by ECF)