# Exhibit 1

Tribunal du Greffe de Grande Instance de KOLWEZI

Formulaire B, a.

SOCIETE ZAIROISE OU ETRANGERE A RESPONSABILITE LIMITEE

N.R.C. KOLWEZI

1360

## Immatriculation au Nouveau Registre du Commerce

Mod. P. G. N. C. a.

| Mentions marginales Radiation | N° d'ordre | Date du dépôt de la demande au Greffe : | Date du refus d'immatriculation : |
|---|---|---|---|
| | 2080 | 2 MARS 2007 | |

Cadre réservé au Greffier.

A — Renseignements relatifs à la Société :

1. — Raison sociale ou dénomination : STE CRUSADER HEALTH RDC SPRL
2. — Objet de la Société (tel que défini par les statuts) (2) : a) OFFRIR UN SERVICE DE SANTE DE QUALITE – CONSULTATION ET GESTION DES ... DIRIGER ET ORGANISER LA RECHERCHE SCIENTIFIQUE DANS LE DOMAINE CFR STATUT.
3. — Montant du capital 20.000.000 FC

Nombre d'actions qui le représentent : 100 PARTS.    Espèces de titres : 2.000.000 FC

Valeur de chaque action : 20.000 FC

Nombre de parts qui le représentent : 100 PARTS.    Valeur de chaque part : 200.000 FC

N. B. — Dans le cas où le capital n'est pas entièrement libéré, il y a lieu de mentionner :

| Nom et prénoms des possesseurs d'actions ou de parts non entièrement libérées. | Domicile | Nombre d'actions ou de parts possédées par chacun. | | Sommes versées par chacun. |
|---|---|---|---|---|
| 1. PENIEL KASONGO MUTOMBO | | 2.000.000 FC | 10 pourc. | |
| 2. IAN HAGEN | | 9.000.000 FC | 45 pourc. | |
| 3. Laurethe HAGEN | | 9.000.000 FC | 100 poirc | |

4. — Lieu et adresse du siège social : 57, AVENUE LUSANGAS, Q/ BIASHARA, COMMUNE DE DILALA A KOLWEZI

Lieu et adresse des succursales, agences ou sièges d'exploitation en République du Zaïre ou à l'étranger.

5. — Marques de commerce ou de fabrique déposées :   Lieu : _____   Date : _____   N° : _____

Modèles et dessins déposés à la République :   Lieu : _____   Date : _____   N° : _____

Brevets déposés à la République :   Lieu : _____   Date : _____   N° : _____

6. — Nantissement du fonds de commerce :

7. — Nature de toutes les activités commerciales exercées pendant les 5 dernières années précédant la demande d'immatriculation au R. C. en République du Zaïre ou à l'étranger, ainsi que des sièges des établissements où ces activités ont été exercées :

| Date | Nature | Sièges |
|---|---|---|
|  |  |  |

B. Indications relatives aux personnes chargées de l'administration de la Société et de celles disposant de la signature sociale (3) :

| Noms | Prénoms | Lieu et date de naissance | NATIONALITE (éventuellement nationalité d'origine) | AUTORISATION de faire commerce (s'il s'agit d'un incapable) |
|---|---|---|---|---|
| 1. KASONGO MUTOMBO | PENEEL | L'SHI 12.09.1972 | CONGOLAIS |  |
| 2. IAN HAGEN | HAGEN |  | SUD AFRICAINE |  |
| 3. Mme Laurethe AGEN | Laurethe |  | SUD AFRICAINE |  |

Lieu : KOLWEZI   Date : 05 MARS 2007   Signature (4)

(1) Il s'agit de tous les Administrateurs de la Société, et, en cas où elles ne seraient pas Administrateurs, de toutes les personnes disposant de la signature sociale.
(4) Précédée des mots «Certifié sincère et véritable». — La demande doit être introduite et signée par la ou les personnes chargées de l'administration ou de la gestion de la Société ou qui disposent de la signature sociale et qui a ou ont pouvoir statutairement d'engager la Société, ou par un mandataire de cette ou de ces personnes.

Documents à fournir en annexe à la demande d'immatriculation :

1. — Un spécimen de la signature des personnes disposant de la signature sociale. (Pour les Sociétés étrangères : des personnes disposant de la signature sociale dans la République du Zaïre).

2. — Une copie certifiée conforme par une autorité administrative, et légalisée, des actes constitutifs ou modificatifs des statuts de la Société requérante, ou un exemplaire du Journal Officiel de la République du Zaïre dans lesquels ces actes ont été publiés (a). (Pour les Sociétés étrangères, s'il s'agit des actes dont le dépôt est prescrit par l'article 9 du décret du 27 février 1887).

3. — Une déclaration, sur formule D, datée et signée par chacune des personnes chargées de l'administration de la Société requérante ou disposant de la signature sociale, mentionnant les condamnations et interdictions éventuellement encourues par ces personnes pour un des faits infractionnels énumérés à l'art. 17 ou aux art. 31, al. 3, et 32, al. 2, du décret sur le R. C.

4. — Un certificat de coutume rédigé dans la forme prescrite par la loi ou par les usages du pays où le siège social est situé, énonçant explicitement les principes légaux de la Société requérante envers les tiers. Ce certificat n'est exigé que des sociétés étrangères ; il n'est pas requis des sociétés relevant d'un pays qui a déposé au siège du Conseil Exécutif par la voie diplomatique, un exemplaire, soit en français, soit en néerlandais, de ses lois nationales sur les sociétés (a).

5. — En cas de réimmatriculation, une attestation des services des contributions prouvant que la société est en règle pour les 5 dernières années tant au point de vue fiscal qu'en ce qui concerne la tenue des livres de commerce (art. 6 ord. n° 79/025 du 7-2-1979).

Case 1:22-cr-00297-LGS   Document 19-1   Filed 10/25/22   Page 4 of 8

| | | | |
|---|---|---|---|
| Court of First Instance Administration Services of **KOLWEZI** | Form B.a<br>ZAIREAN OR FOREIGN LIMITED-LIABILITY COMPANY | | CRN (NRC) **KOLWEZI**<br>No. **1360**<br>[Signature] |
| Form P.G.N.C.A. | Registration in the New Registry of Commerce | [stamp:] KATOMB SAMUKAD COURT CLERK FOR THE COURT OF FIRST INSTANCE OF KOLWEZI | |

| Marginal Notes Cancellation | Order No. **2080** | Date of deposit of application with Court Clerk **MARCH 2, 2007** | Date of refusal for Registration _____ | [Stamp]<br>DEMOCRATIC REPUBLIC OF THE CONGO<br>COURT OF FIRST INSTANCE<br>[Illegible] Kolwezi | Date of Registration **MARCH 5, 2007**<br>Signature of the Court Clerk |
|---|---|---|---|---|---|
| | | Box reserved for the Court Clerk | | | |
| | A. Information related to the company<br><br>1. Company name or name: STE CRUSADER HEALTH RDG SPRL<br><br>2. Purpose of the Company (as defined by the articles of incorporation): (2) a) TO OFFER QUALITY HEALTH SERVICE –CONSULTATION AND MANAGEMENT OF GUIDING AND ORGANIZING SCIENTIFIC RESEARCH WITHIN THE FIELD. SEE ARTICLES OF INCORPORATION<br><br>3. Amount of capital : 20,000,000 FC<br>    Number of shares that are represented: 100 PARTS    Kind of securities: 2,000,000 FC<br>                                                       Value of each share: 20,000 FC<br>    Number of parts that are represented: 100 PARTS    Value of each part: 200,000 FC<br><br>Note: In the event that the capital is not fully released, this should be mentioned ||||
| | Last name and first name of the holders of the shares or parts which are fully released: | Address | Number of shares or parts held by each: | | Amounts paid by each |
| | 1. PENIEL KASONGO MUTOMBO<br>2. IAN HAGER<br>3. Laurethe HAGEN | | 2,000,000 FC    10 percent<br>9,000,000 FC    45 percent<br>9,000,000 FC    100 percent | | |
| | 4. Place and address of the registered office: 57, AVENUE LUSANGAS, Q/ BIASHARA, COMMUNE OF DILALA IN KOLWEZI<br>Address(es) of branch(es), agencies or offices of operation in the Republic of Zaire, ~~Belgium or abroad~~ |||||

| 5. Trademarks or [illegible] deposited: | Place: _____ | Date: _____ | No. _____ |
| Models and designs deposited in the Republic: | Place: _____ | Date: _____ | No. _____ |
| Patents deposited in the Republic: | Place: _____ | Date: _____ | No. _____ |

6. Pledge of business capital:

7. Nature of all commercial activities performed for the last 5 years preceding the application for registration in the Registry of Commerce in the Republic of Zaire or abroad, as well as the offices of the establishments or activities where they were performed:

| Date | Nature | Offices |
|---|---|---|
| | | |

B. Mentions related to the persons in charge of the administration of the Company and who have the company signature (3):

| Last Name(s) | First Name(s) | Place and date of birth | NATIONALITY (ultimate nationality of origin) | AUTHORIZATION to do business (in the case of an unfit individual) |
|---|---|---|---|---|
| 1. KASONGO MUTOMBO<br>2. IAN HAGEN<br>3. Laurethe AGE [sic] | PENIEL<br>HAGEN<br>Laurethe | L'SHI 9/12/1972 | CONGOLESE<br>SOUTH AFRICAN<br>SOUTH AFRICAN | |
| Place: KOLWEZI | | Date: MARCH 5, 2007 | SIGNATURE: [Signature] | |

(1) This pertains to all administrators of the company, and in the event that they are not administrators, all of the people who may sign for the company.
(4) Preceded by the words "sincere" and "true." The application must be submitted and signed by the party(ies) in charge of the administration or the management of the company or who may sign for the company and who has or have statutory power to bind the company, or by an agent thereof or of those individuals

**Documents to be attached to the application for registration:**

1. An example of the signature of the people who may sign for the company. (For foreign companies: of the people who may sign for the company within the Republic of Zaire)
2. A copy certified by the competent authority, and notarized, of the incorporating documents or amendments of the articles of incorporation of the applicant Company, or a copy from the Official Gazette of the Republic of Zaire in which these acts are published (a). (For foreign companies, this pertains to acts whose deposit is prescribed by Article 9 of the Decree of February 27, 1887.)
3. A declaration, on Form D, dated and signed by each of the people in charge of the administration of the applicant company or who may sign for the company, mentioning any convictions or prohibitions incurred by the people for the infractions listed in Art. 17 or in Art. 31, Para. 3, and 32, Para. 2, of the Decree on the C.R.
4. A customs certificate written in the form prescribed by law or by the practices of the country where the registered office is located, explicitly listing the legal principles of the applicant Company with respect to third parties. This certificate is required only for foreign companies; it is not required for relevant companies from a country that has deposited in the registered office of the Executive Council by diplomatic vote a copy, either in French or in Dutch, of their domestic laws on companies (a).
5. In case of re-registration, a certificate from the tax services proving that the company has been in good standing for the last 5 years both with regard to tax payments and with regard to the keeping of commercial books (Art. 6, Ord. No. 79/025 of 2/7/1979).

Case 1:22-cr-00297-LGS   Document 19-1   Filed 10/25/22   Page 7 of 8



# TRANSLATION CERTIFICATION

Date: October 20, 2022

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the document received by this office. The translation was completed from:

- **French**

To:

- **English**

The document is designated as:

    Crusader Original Registration (2007)

Jordan Woodard, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned document is a true, full and accurate translation of the specified document."

*[signature]*

Signature of Jordan Woodard