Exhibit 7

