# Exhibit 9



Moi
À ▮▮▮▮▮▮▮@crusader-health.com
27 oct. 2009 à 09:11

Hi Doc.
just to tell you and confirm that ▮▮▮▮▮▮ is really in RSA.
I have got info from one guy in Zambia that the man left zambia the same way as he want to do here. According to that guy ▮▮▮▮ must be a nurse. He registreted himself as a medical doctor but when He has been discovered by people in the hospital where he was working, he left zambia when in tanzania and they he eard that he is here.
I don't know if he will come back. MUMI are fearing to be sent to the court. Apparently they didnot know that ▮▮▮▮ was problematic. They are trusting even now that he is a neurochirgian. The CEO of group bazano phoned me from RSA on the problem and promised to send to me the general manager of MUMI to discuss on the matter. I just ask him to let the medical council to make thier job and will see the conclusion.
The Katanga medical council is also working on.
Let's see
regards
Peniel