# Exhibit 10

| | |
|---|---|
| **From:** | Peniel Kasongo |
| **To:** | Ian Hagen |
| **Subject:** | Fw: ▮. |
| **Date:** | Friday, September 23, 2022 3:28:58 AM |

----- Message transmis -----
**De :** Dr Ian Hagen <▮@crusader-health.com>
**À :** "▮@yahoo.fr" <▮@yahoo.fr>
**Envoyé :** dimanche 15 novembre 2009 à 20:31:12 UTC−8
**Objet :** RE: ▮.

Hi Doc Peniel,

Your story noted.  I have referred your information to the Medical Council in South Africa.  I will see if I can follow up on the Sunninghill Hospital (I have the HR manager's telephone number and will call him today).  The "Brown Hospital" more problematic as there are various Brown Hospitals in the USA.  If you can get me the full name of the hospital as per your records and the state, then I'll Google t and see if I can get a contact.

As far as the house burning is concerned.  I know you and all the Crusader people.  They will NEVER do it.  Bazano probably put fire to the building themselves to try to pin it on us/you.  I AM concerned about their association with KCC and the impact this "feud" will have on us.  However if ▮ is NOT a doctor and he got his position fraudulently, then it is simple:  HE CANNOT SEE OUR PATIENTS and neither can we work with him.  Whatever the DRC Medical Council or local authorities do to him is really none of my business and between ▮ and them.  However if logic prevails, then the full extent of the law of DRC should be applied to discourage future people doing the same.  And if Mr Bazano condones a fraudulent doctor working for them, then he will have some explaining to do.  That being said:  we must also remember that somebody is innocent till proven wrong.  Even though his CV and subsequent details are extremely fishy, it does not mean that it is not true.  The bottom line is for us (and the medical council) to get the facts correctly.  If all is as he says it is, then we will have to oblige to work normally with him.

I do not know where they got the bottom numbers.  We certainly would not have minded a profit of either 500,000 or 70,000.  Reality has it that it is just not correct.  So I would like them to challenge us on that matter.  Furthermore ▮ played NO role whatsoever to change any contractual arrangement we have / have had with KCC – so I certainly do not know where he got his facts.  Probably scare tactics!!  Or trying the age old plan of creating internal distrust (and the "job-offer" you received probably supports this view.  What is further concerning is the clear extortion tactics that Mr Bazano came up with.  It is certainly highly illegal and if any case ends up in court, then this WILL bounce back to Mr Bazano.  However the onus will be on you to prove that he did say what he said.  I suggest STRONGLY that you in future record all you conversations with Mr Bazano or try to

get statements like this in writing.  It may be essential for you down the line.   I think that the Katanga Council / Government should know about this extortion (just get some proof first).

Just hang in there.  Bennie will be there soon to give assistance (unfortunately I cannot move at this stage else I would have come over).

Mike Clifford has accepted a job-offer with the Crusader Group (MSI).  He is also well settled in DRC.  Maybe he can start doing things in Lubumbashi.  Just let me know if you want me to contact him about it (or shall I leave the local things in your hands for now while I follow up the external stuff?)

Kind regards,

Ian.

---

**From:** Peniel Kasongo [mailto:█████@yahoo.fr]
**Sent:** Thursday, 12 November 2009 12:07 AM
**To:** Ian Hagen
**Subject:** █.

Hi Doc
Can to you on the progress underground.I am in Kinshasa for the registration of LUILU Clinique(Centre de Sante communautaire de LUILU );Qnd the MC reclassification in an Hospital. Things are going well.I am using also the time to Check ███ files at the council.It is horrible;
just info for you; Note 1992-1998 ;Sunnunghill Hospital RSA( surgeon specialist)
1991-1993 Brown Hospital USA(Regident surgeon)
ID :████
Passp :████
Diploma of tropical medecine 1996 /Pretoria university?According to him(But not diploma in the file)
Nothing in the file related to the Phd.
The Malawi registration as a psychologist not in the file.
For me it is start to become clear.The guy is a big lyer.He is going to the end of the lies.

He is registered in DRC.The mistake came from the zambian registration .They start douting if they are controlling they system.

talking Bazano.Mr Alex Bazano phoned me last saturday:Intimidating me that he will himself deald with me.He will have my head if I am not stopping.He will used all his power to creat me problems.
He confirmed that they have interest in Katanga and they will need a Congolese doctor and I can be a candidat if I stop.
They have gone to the procuror office and ANR saying some people have put fire to ▇ house at MUMI and I am the number 1 suspect for them because we are fighting on the KCC contract.They have said to ANR that I want to burn ▇ because he cut my profit in KCC contract from 500000USD to 70000 USD.FOR THEM IT is clear it is CH and on the top me.
note that They instract him not being now involve in KCC;by the GM of Mumi.
After the meeting I had yersterday with the directorship of the DRC medicql council they have understood and start to take action on the matter.they wrote a letter to the RSA ambassador to help to check;They will write to the RSA medicam council to chech if the guy has worked in South africa.they need help in research.If any addition doute;The will stopp him to work while they will countinue to investigate and if he is not a doctor they will send him to court and withdrow his registration in DRC.
The katanga medical council promised me to come to Kolwezi to investigate on him and they will involve the Katanga governement if doute.
The kolwezi councill will me friday on the matter.
That is the risk to take.I have no other choice
Good news Andre Bester has been registered ,even Dave Barnes in DRC.Not easy but I have got it.I will organise Andre Bester to come here ASAP when I am here to fix a ceremony of engagament but the problem is french.I will see what to do at least I have got the registration.

Regards