# Exhibit 11

| | |
|---|---|
| **From:** | Peniel Kasongo |
| **To:** | Ian Hagen |
| **Subject:** | Fw: news |
| **Date:** | Friday, September 23, 2022 8:10:55 AM |

----- Message transmis -----
**De :** Peniel Kasongo <​█████​@yahoo.fr>
**À :** "█████@ymail.com" <​█████​@ymail.com>
**Envoyé :** vendredi 13 novembre 2009 à 05:06:20 UTC−8
**Objet :** news

Bennie
Bonjour;
i am well ;I hope you are;The registration of Luilu clinic on the way and progressing.
Have you eard that █████ is back since one week; apparently some one put fire on his house and for them it is CH at bthe head me who are suspect number one;They have declare it to the procuror and the intelligence agency;All this in my absence;
Mr alex bazano phoned me and said he want my head;Not problem that is the rist of the directorship;I have understood that they had completely a plan of take over from us at KCC.they have realise that I am the obstacle.
They want me to stopp the investigations on █ ;They know and have realise that I will discover that the guy is not a doctor.
I have got Andre Bester registrated even dave Barnes in DRC.I will need █████ to come meet me in Kinshasa of one or two days for the engagment ceremony.I need to assist because of that french problem.
Alex must complete all the documents I have asked him.I donùt know what I will do:He has not the tropical medecine diploma needed and has a problem of french and has not the ukrainian registration?
I will see and true and come back to you;
egards
Peniel