# Exhibit 12

**From:** Peniel Kasongo
**To:** Ian Hagen
**Subject:** Fw: Dr [redacted]
**Date:** Friday, September 23, 2022 3:34:43 AM

----- Message transmis -----
**De :** Dr Ian Hagen <[redacted]@crusader-health.com>
**À :** "[redacted]@yahoo.fr" <[redacted]@yahoo.fr>
**Envoyé :** mardi 24 novembre 2009 à 20:25:53 UTC−8
**Objet :** RE: FW: Dr [redacted]

Hi Doc,

My previous e-mail today discuses the final SA position. This position will only change if [redacted] gives us some facts that will make them change their minds. (The minimum facts needed - that the DRC Medical Council should demand for – is:- 1. His HPCSA registration number, 2. His University of Pretoria student number and 3. Any proof of working at Sunninghill Hospital

I hope my information helps to clear things for you in the DRC.

If the Medical Council manages to get the information regarding America I can take it up on their behalf for them in the USA. Here the medical Council should demand the following information:- 1. His student number at the University in California, 2. What State Board he was registered at and his registration number at this board and 3. Any proof of working at the Brown Hospital.

If he cannot provide the items listed above, then he is obviously lying and his application at the DRC medical Council is fraud.

Regards, Ian.

**From:** Peniel Kasongo [mailto:[redacted]@yahoo.fr]
**Sent:** Wednesday, 25 November 2009 4:23 AM
**To:** Dr Ian Hagen
**Subject:** Re : FW: Dr [redacted]

Hi Doc
thanks for your help and keeping me in touch.I am back in Kolwezi to meet Bennie.

oncerning ▮ problems,I have been calledvby ANR today to ear from me.Everything went well ,they took me 3 hours of questions.
Than I have a meeting with the medical council kolwezi.They have writen letters to all the autorities in kolwezi asking them not letting ▮ to leave DRC untill the end of that problem. The final answer of sunninghill will be helpfull.

Regards
Peniel

--- En date de : **Mar 24.11.09, Dr Ian Hagen** <▮**@crusader-health.com**> a écrit :

> De: Dr Ian Hagen <▮@crusader-health.com>
> Objet: FW: ▮
> À: "'Dr Peniel Kasongo (Medical Director Crusader Health RDC)'" <▮@yahoo.fr>
> Date: Mardi 24 Novembre 2009, 3h15

**From:** KIM [mailto:▮@sunninghill.netcare.co.za]
**Sent:** Monday, 23 November 2009 5:15 PM
**To:** 'Dr Ian Hagen'
**Subject:** RE: Dr ▮
**Importance:** High
**Sensitivity:** Confidential

Dear Dr. Hagen,


After extensive enquiring and research, I have been unable to provide you with proof hereof.


I even went as far as going onto Medpages to see whether this doctor is listed hereon and to no avail.


I have our finance people checking their archive doctor's reports – hopefully we can find something there however at this point in time the evidence is frail.


I will keep you updated.


Best regards,


**Kim Cruz**

**Personal Assistant to**

**General Manager: Johan Holder**

**Netcare Limited**

Trading as Netcare Sunninghill Hospital

cnr Witkoppen & Nanyuki Roads

Sunninghill Park

Sandton

2196

Switchboard:   +27(0) 11 806 1500  +27(0) 11 806 1500

Direct:          +27(0) 11 806 1773  +27(0) 11 806 1773

Fax:             +27(0) 86 692 7647 / 011 806 1636

Cell:            +27(0) 82 649 9983  +27(0) 82 649 9983 ( s/d- 6194)

<hr size=2 width="100%" align=center tabindex=-1>

**From:** Dr Ian Hagen          [mailto:███████@crusader-health.com]
**Sent:** 20 November 2009 11:49 AM
**To:** 'Kim Cruz'
**Subject:** FW: Dr ███████████
**Sensitivity:** Confidential

Dear Kim,

Please see e-mail below.  It is of the utmost importance that we know whether Dr ███████ worked at Sunninghill.  As per an affidavit from the HPCSA he was never registered in SA.  He is currently under investigation with the DRC Medical Council.  He is currently engaged in the DRC seeing our patients.  His registration in the DRC was based on the fact that he "was registered at the HPCSA" and "worked at Sunninghill as a Specialist Surgeon".  If he has never worked with you, then our patients cannot continue to make use of his services as he then first have to prove that he is indeed a medical doctor (surgeon) and then it becomes a matter for the DRC Medical Council and the HPCSA.  If he did in fact worked for you during the mentioned period, then we first have to ascertain the accuracy of the HPCSA records (we all make mistakes), where after it will continue as a Council case if he was not registered or all OK if he was registered and the affidavit was in error.

In the meantime we are hanging in the air with Dr ███████ seeing our patients and we are taking the potential medical legal risk.

Please advise urgently.

Case 1:22-cr-00297-LGS   Document 19-12   Filed 10/25/22   Page 5 of 5

Kind regards,

Ian.

---

**From:** Dr Ian Hagen          [mailto:███████@crusader-health.com]
**Sent:** Monday, 16 November 2009 5:38 PM
**To:** 'Kim Cruz'
**Subject:** Dr ███████████
**Importance:** High
**Sensitivity:** Confidential

Dear Kim,

I got your contacts from Mtumi (?spelling) after I called your HR department as per the details on your website.

I am in the process of verifying the CV of a Dr ██████████████ who states that he has been working at Sunninghill Hospital from 1992 to 1998 as a specialist surgeon.

Can you please confirm that he worked there in the stated period.

Kind regards,

Ian

Dr Ian Hagen

MBChB, DHSM, DTM&H, DCH (Pret)

CEO Crusader Health Group