# Exhibit 13

**From:** Peniel Kasongo
**To:** Ian Hagen
**Subject:** Fw: ▮ STRATEGY
**Date:** Friday, September 23, 2022 3:33:02 AM

----- Message transmis -----
**De :** Dr Ian Hagen <▮@crusader-health.com>
**À :** "▮@yahoo.fr" <▮@yahoo.fr>
**Envoyé :** vendredi 4 décembre 2009 à 02:54:12 UTC−8
**Objet :** RE: ▮ STRATEGY

Hi Peniel,

Thanks for the follow up. I have given your information through to the SA Medical Council for them to follow up. The truth will always win over the lies!! I will pray for you.

If he does not come back, then it will be proof of his guilt and you will be in the clear.

If he comes back, then he will tie himself up, as – at this stage and with the information we have – he is guilty and cannot prove his innocence.

If he is indeed innocent (I'll be VERY surprised given our current information), then we may be concerned about the backlash. We have done things correctly and by the book and have nothing to hide; not on the side of "money" (which again is a lie he cannot substantiate and we'll just get Dave in to testify to that effect), not on the side of clinical matters; not on the side of contracts. He (they) have to prove that you had anything to do with the house and you know you did not. He probably did it himself or had it done himself to move the focus from HIS predicament.

However, knowing Africa very well and knowing what trouble can be created by lies which creates false perceptions, especially in the hands of powerful unethical people, you and Crusader Health is certainly in a very uncomfortable position (we were since we were asked to verify his qualifications). All I can say is keep things straight and honest and present the facts as we have them, pray and what will be will be! If that means that Crusader crashes, then so be it; we cannot compromise our ethics. Crusader Health has made a name based on INTEGRITY and we will stick to it.

Hang in there!!

Blessings,

Ian.

---

**From:** Peniel Kasongo [mailto:███████@yahoo.fr]
**Sent:** Wednesday, 2 December 2009 1:16 AM
**To:** Ian Hagen
**Subject:** ███ STRATEGY

Hi doc
Doc I have understood now ███ and his friend strategy.  Knowing that I will be able to prove that there is things wrong (He is not what he is saying he is) they have decided to attack me (my person by intimidating me and sending wrong information on me and Crusader Health. You cannot believe it.  They have said to important places even here how I have burned the house and that I am attacking him because of money interest.  I have been in mafia via my contract that he has discovered this is why I am checking him and try to prove what is not correct.  They planned to create me problems knowing how strong they are.  There are really strong.  I have realised it.  But if God is with you,who will be against you. It is difficult to fight against the truth.  Just pray for me.  I will be in Kinshasa for a couple of days to work.

Regards

Peniel