# Exhibit 14



# HEALTH PROFESSIONS COUNCIL OF SOUTH AFRICA

## AFFIDAVIT

I, **MARIA MARTHINA VENTER,**   do hereby make oath and say:-

1.

I am the Records Officer employed by the Health Professions Council of South Africa, which was established in terms of section 2 of the Health Professions Act, 1974 (Act No. 56 of 1974).  My business address is 553 Vermeulen Street, Arcadia, Pretoria, 0083 – telephone number 0123389312

2.

The facts deposed to herein, save as may otherwise be stated, are within my personal knowledge and to the best of my belief, both true and correct.

3.

I am duly authorised to depose to this affidavit by virtue of the delegation of powers signed by the Registrar of the Health Professions Council of South Africa, such powers being vested in him in terms of section 12(2A) of the Health Professions Act 1974, (Act 56 of 1974), which allows for written authorisation to any member of staff to perform certain functions that would otherwise be performed by the Registrar.

4.

In terms of section 17(1) of Act No. 56 of 1974 no person shall be entitled to practise within the Republic of South Africa the profession of a medical practitioner, dentist, psychologist or an intern or intern psychologist or any profession registrable in terms of the Act unless he/she is registered in terms of the said Act.

5.

The name of every person who has been registered in terms of Act No. 56 of 1974 is entered in the appropriate register which is kept in terms of section 18 of the said Act.

6.

I hereby confirm that the name of **Dr** ███████████████ , **ID** ██████████ does not appear on any of the registers kept by Council.

*M M Venter*

**M M VENTER**

I certify that on 16 November 2009 at Pretoria, in my presence, the deponent signed this affidavit and acknowledged that she –

(a)     knows and understands the contents of the declaration;

(b)     does not have any objection to taking the oath;

(c)     considers the oath to be binding on his conscience;

and that she uttered the words "I swear that the contents of this declaration is true, so help me God".

> I certify that the above statement was/was not taken down by me
> I certify that the deponent has acknowledged that he/she knows and understands the
> contents of above declaration which was sworn to/affirmed before me and the
> deponent's signature / mark his/thumb-print was placed thereon in my presence.
> at Pretoria on ........ 16 . 11 . 2009
> Sign ................
> **BM VAN STADE**
> COMMISSIONER OF OATHS EX OFFICIO - GNR 1267/1972
> GENERAL MANAGER: CPD, REGISTRATIONS AND RECORDS
> HEALTH PROFESSIONS COUNCIL OF SA

**COMMISSIONER OF OATHS:**
**Name:**
**Address:**

Mrs Barbara Marquerita van Stade
553 Vermeulen Street
Arcadia
Pretoria
0083