# Exhibit 15

| | |
|---|---|
| From: | ▆▆▆▆@crusader-health.com on behalf of Dr Ian Hagen |
| To: | "Dr Peniel Kasongo (Medical Director Crusader Health RDC)" |
| Cc: | "Bennie van Wyk (Director Operations Crusader Group)"; "Bennie Van Wyk"; "Laurethe Hagen (Executive Director Crusader Health Group)" |
| Subject: | Dr ▆▆ |
| Date: | Tuesday, November 24, 2009 11:18:06 PM |
| Attachments: | image003.png<br>RE AFFIDAVIT RE BOGUS ▆▆▆▆▆▆▆▆▆.eml.msg<br>RE AFFIDAVIT RE BOGUS ▆▆▆▆▆▆▆▆▆.eml.msg<br>FW AFFIDAVIT RE BOGUS ▆▆▆▆▆▆▆▆▆.eml.msg |

FYI.

In summary:

- Affidavit from HPCSA confirming that he was never registered in SA and in fact referring to him as a "bogus doctor". This affidavit stands as their legal position. Unless Dr ▆▆▆▆ can produce a registration number that can proof them wrong, he is considered by the authorities in South Africa as a "bogus doctor".
- E-mails from Sunninghill Hospital (forwarded) that, to the best of their knowledge and as much as their records can support (which mostly does not date back this far), he never worked there. They took due diligence to search all records available and to speak to the people that worked there at the time. Unless Dr ▆▆▆▆ can proof by documents on his side (e.g. payslips, tax returns, engagement or discharge letter, etc) that he worked there, he should be considered as not having worked there. If he provides this proof he will be at logger heads with the HPCSA as according to their record he was not registered with them at the time and is considered a "bogus doctor".
- E-mails from the University of Pretoria (forwarded), that states that they cannot find ANY record of him doing a DTM&H at Pretoria in the year stated; in fact that year they had nobody on record doing the course. A student number may finally proof or disproof their position.

The onus is therefore on Dr ▆▆▆▆▆▆▆ to provide any evidence that his above information is correct to assist the relevant authorities in SA to change their current viewpoints.

Now that has South Africa covered.

I have further ensured that the issue is taken up by the Malawian and Zambian Boards by the HPCSA. I believe the DRC Board should also notify Malawi and Zambia accordingly once they have made their decision.

I cannot assist in the US unless I have the information previously requested.

Cheers,

Ian

*Dr Ian Hagen*

MBChB, DHSM, DTM&H, DCH (Pret)
CEO Crusader Health Group

