# Exhibit 18



CRUSADER HEALTH RDC SPRL
1580 Ave. 30 juin
Quarters Mutoshi, Commune Manika
Kolwezi, Katanga Province
Democratic Republic of Congo

For the attention of Bennie Van Wyk
Kolwezi, 11 January 2010

**DELIVERED IN HAND**

**Re.: Termination of the MEDICAL SERVICES AGREEMENT dated 10 September 2008 – KOL and Crusader Health**

Dear Sirs,

In accordance with clause 17.1 of the above referenced Medical Services Agreement, we hereby notify you of the termination of said agreement.

As per said clause 17.1, the present termination is given with 90 days notice. As such, the termination of the Medical Services Agreement will be effective on 10 April 2010.

Yours sincerely,

John Ross
**Chief Executive Officer**

CC: Nick Brodie, Chief Financial Officer
    Richard Newton, Manager, Supply Chain

Page 1 of 1

Avenue Kigoma 22, Lubumbashi, Katanga, Democratic Republic of Congo