# Exhibit 19



MEDICAL SERVICES INTERNATIONAL
40 Craven Street
Charing Cross
London, WC2N 5NG
United Kingdom

For the attention of __ Bennie Van Wyk __
Johannesburg,  11 January 2010

**Via DHL**

**Re.:   Termination of the MANAGEMENT SERVICE AGREEMENT dated 15 September 2008**

Dear Sirs,

Katanga Mining Services, South Africa are acting as agent for KAMOTO OPERATING LIMITED as per the above referenced Medical Management Agreement.

In accordance with its clause 13.1, we hereby notify you of the termination of said agreement.

As per said clause 13.1, the present termination is given with 90 days notice. As such, the termination of the Management Service Agreement will be effective on 10 April 2010.

Yours sincerely,

John Ross
**Chief Executive Officer**

CC: Nick Brodie, Chief Financial Officer
    Richard Newton, Manager, Supply Chain

Page 1 of 1

Katanga Mining Services SA (Pty) Ltd. 38 Saturn Crescent   Saturn Place   Linbro Business Park  Johannesburg 2065, Republic of South Africa