# Exhibit 22

# Crusader Health RDC SPRL
NRC 1360  ID NAT.441/0456/E.N./KZI

No.1550 30 Juin Avenue,
Kolwezi
Katanga Province
Rép. Dém du Congo

Dr.Ian Hagen, Director and CEO of Crusader Health Group of Companies. Email: █████@crusader-health.com

Mr.Mike Clifford, Director Finance Crusader Group of Companies. Email: █████@crusader-health.com

**CRUSADER HEALTH**

To God be the Glory

The Directorate
Katanga Mining
CC  Komoto Operating Limited (KOL)
CC  DRC Copper Cobalt project SARL (DCP)

Date 15 March 2010

Attention: Mr. Louis Kasyui/ Mr. Simon Tuma Waku.

Follow-up to our letter of dispute dated January 28, 2010

We remind you that upon your demand we proceeded to build and rehabilitate two hospitals and a clinic in executing our business contracts dated 10 September 2008 and 26 November 2008.

In your letter dated 11/01/2010, you proceeded without valid reason to terminate the contract and thus causing us enormous damage.

Following our meeting on Monday 01 March 2009 we are sending you this letter for an amicable settlement of the dispute between us. This settlement will repair all damages or injuries caused as a result of termination of our contract in accordance with Articles 45 and 441 of Civil Code Congolese.

We therefore offer the following:

1. Reimbursement of the cost of construction of a hospital and clinic and the rehabilitation of a hospital namely the Methodist Church of Kolwezi is $ 2,500,000 USD (U.S. dollars two million five hundred thousand).

2. Katanga Mining to take over the clinic and the hospital as well as the staff of 92 people along with the severance costs associated with the transfer of these people.

3. All historical cost in arrears is still due by Katanaga Mining and outside the scope of this dispute settlement proposal.

4. Payment by Katanga Mining shortfall of the contract containing 12 months of the period to cover is still $ 4,364,556 USD

5. Katanga Mining retrieves all medical equipment, including 2 ambulances, 3 pickups, generators, radiology equipment and other medical equipment whose cost is estimated at $ 2,500,000 USD. This retrieval excludes medical equipment in the Methodist Clinic.

6. Reimbursement of operating closure costs, plus loss of stock and rental of houses and the running of Methodist Clinic for another two years this amounts to $ 1,720,000 USD.

7. Damages $ 5,000,000 USD.

From the above we request that the Katanga Mining Company reimburses us in damages to the principal amount of USD $ 16,084,556 (Sixteen million eighty four thousand five hundred and fifty six dollars U.S.).


Yours Faithfully


MJ Clifford
On behalf of Directorate Crusader Health

Cc Dr Ian Hagen - CEO