# Exhibit 23

SOMMATION JUDICIAIRE   RH : 24417

L'an deux mille dix, le ............9..ème............jour du mois de ...Juillet.. ;

A la requête de la Société CRUSADER HEALTH  RDC Sprl, enregistré au numéro NRC 1360 JD, NAT.441/0456/E.N/KZ, poursuites et diligences de Monsieur MJ Cliffort, Directeur, ayant son siège social au n° ................ Avenue Kolwezi à Kolwezi ;

Agissant par ses Conseils Maîtres Hubert DUMBI et Dieudonné KADYAT, tous Avocats près la Cour d'Appel de Lubumbashi, y demeurant au n° 53, avenue Maniema dans Commune et ville de Lubumbashi ;

Je soussigné FRANCOIS MUTA, Huissier de Justice, de résidence à Lubumbashi, Kolwezi

Ai donné sommation à :

KAMOTO Copper Company SARL, ayant son siège social à Kolwezi dans les usines de Luilu, Commune de Dilala ;

De payer immédiatement ou dans les cinq jours pour tout délai à ma requérante contre bonne et valable quittance, les sommes ainsi reprises dans la présente

POUR ;

**Attendu** que la requérante fut liée à la sommée par un contrat d'entreprise aux termes duquel elle devait construire et équiper pour le compte de la sommée, 3 hôpitaux de la ville de Kolwezi ainsi que la réfection d'un hôpital de l'église méthodiste ;

Attendu qu'en exécution dudit contrat, la requérante a engagé du personnel et a investi d'importants fonds pour la réalisation de ces gigantesques projets ;

Attendu que le contrat fut signé pour une période de 2ans datant du 10 septembre 2008 ;

Attendu qu'alors que le contrat était encore en cours, la sommée a procédé à sa résiliation unilatérale causant ainsi d'énormes préjudices à la requérante sans pour autant que la sommé ne propose en contre partie une indemnisation compensatoire sur l'ensemble d'investissement, et des projets réalisés;

Qu'à titre de rappel, la requérante a sollicité à plusieurs reprises un règlement amiable de ce litige sans que de la part de la sommée une suite favorable et équitable lui soit proposée ;

1

Que de la sorte, la mauvaise foi de la sommée est manifeste de manière que seule une décision judiciaire pourrait la ramener à la raison en vue de comprendre l'étendue des préjudices causés par elle à la requérante ;

Attendu que dans sa lettre du 11/01/2010, la sommée a procédé sans raison valable à la résiliation dudit contrat acceptant d'assumer toutes les conséquences préjudiciables qui pourraient en résulter;

Attendu qu'un arrangement amiable a été envisagé par la requérante en date du 01 mars 2010 et transmis à la sommée sans que celle-ci ait eu égard aux dites propositions ;

Que depuis lors, la sommée n'a réservé aucune suite favorable à l'offre d'arrangement amiable lui faite ;

Que ce pourquoi, après plusieurs mises en demeure infructueuses, la requérante somme par la présente la sommée KCC SARL à lui rembourser les sommes ci-après :

1°) de 2.500.000 $USD pour le coût de construction de deux hôpitaux et réhabilitation d'un hôpital de l'église Méthodiste de Kolwezi ;

2°) de 4.364.556 $USD pour le manque à gagner du contrat reprenant 12 mois de la période y restant à couvrir ;

3°) de 2.500.000 $ USD pour le remboursement de tous les équipements médicaux dont les 3 ambulances, 2 pick-up, matériels de radiologie et consorts ;

4°) de 1.720.000 $USD pour le remboursement des frais de fonctionnement pour 6 mois ;

5°) 5.000.000 $USD des dommages – intérêts pour tous préjudices confondus ;

6°) reprise de 3 hôpitaux ainsi que le personnel, soit 92 agents ;

Soit un total de 16.084.556 $USD (seize million quatre vingt quatre mille cinq cent cinquante six dollars américains) ;

Et ne recevant pas satisfaction, j'ai protesté au nom de ma requérante, à charge de la sommée, d'avoir à payer immédiatement en principal les sommes de l'ordre de 16.084.556 $.USD, dont des dommages - intérêts de 5.000.000 $ USD subit du fait de cette résiliation abusive de son contrat d'entreprise et lui faisant savoir que ma requérante pourrait recourir à des saisies contre les avoirs et effets mobiliers de la sommée outre les procédures de recouvrement forcé devant les juridictions compétentes.

Ce fait pour son information, direction et pour valoir ce que de droit à la requérante ;

2

CE A QUOI ELLE M'A REPONDU COMME SUIT :

« L'accord entre parties n'a jamais porté sur la construction et l'équipement d'hôpitaux. Les termes de la présente sommation sont en désaccord avec la procédure de règlement des conflits convenue entre les parties. Ceci prouve la persistance de CRUSADER HEALTH RDC HEALTH SPRL à ne pas respecter ledit accord et sa mauvaise foi. Aucun paiement ni dommages et intérêts ne sont dus à CRUSADER HEALTH RDC SPRL ».

Etant à / les bureaux de KCC

Et y parlant à Monsieur URBAIN NYIANGO Conseille Juridique assistant ainsi déclaré

DONT ACTE

La Sommée

URBAIN NYIANGO
JURI KCC

L'Huissier de Justice

[Illegible handwritten text] [Signature]

[Stamp]
DEMOCRATIC REPUBLIC OF THE CONGO
COURT OF FIRST INSTANCE
[Illegible] Kolwezi

<u>COURT SUMMONS</u>      RH: 24417

In the year two thousand ten, on the <u>9</u><sup>th</sup> day of the month of <u>July,</u>

At the request of the company CRUSADER HEALTH RDC Sprl, registered under number NRC 1360, NAT. ID; 441/0456/E.N/K, represented by and acting through MJ Cliffort, Director, with its registered office at No. _____, Avenue Kolwezi in Kolwezi,

Acting as its Counsel Maîtres Hubert DUMBI and Dieudonné KADYAT, both Attorneys in the Lubumbashi Court of Appeals, and residing at No. 53, avenue Maniema in the Commune and city of Lubumbashi;

I, the undersigned <u>François Mutakila</u>, Court Bailiff, residing in ~~Lubumbashi~~ Kolwezi;

Hereby summon:

KAMOTO Copper Company SARL, having its registered office in Kolwezi in Usines de Luilu, Commune of Dilala;

To pay immediately or within five days at the latest to my claimant against good and valid receipt those sums thus included herein.

[Handwritten]: 8/20/2015 [signature]

**FOR:**

Whereas the claimant was bound to the sum by a business contract under the terms of which it had to build and equip within that sum 3 hospitals in the city of Kolwezi, as well as the restoration of a Methodist hospital;

Whereas in the performance of said contract, the claimant hired personnel and invested significant funds for the realization of these enormous projects;

Whereas the contract was signed for a period of 2 years, dating back to September 10, 2008;

Whereas while the contract was still ongoing, the summoned party unilaterally terminated the same, thus causing enormous harm to the claimant without the summoned party proposing compensation for the entirety of the investment and for the projects completed;

That it must be recalled that the claimant has requested on multiple occasions an amicable settlement of this dispute without being offered a favorable and fair response from the summoned party

1

That in this way, the bad faith of the summoned party is obvious such that only a judicial decision could bring it to its senses in order to understand the extent of the harm caused thereby to the claimant.

Whereas per the letter of 1/11/2010, the summoned party has proceeded without valid reason to terminate said contract, accepting assumption of any and all harmful consequences that could result therefrom.

[Stamp]
DEMOCRATIC REPUBLIC OF THE CONGO
COURT OF FIRST INSTANCE
[Illegible] Kolwezi

Whereas an amicable arrangement was considered by the claimant on March 1, 2010, and submitted to the summoned party without the latter having responded to said proposals.

That since then, the summoned party has not taken any favorable action on the offer of an amicable arrangement made thereto;

That for this reason, after several unsuccessful formal notices, the claimant hereby summons the summoned party KCC SARL to thus reimburse the sums listed below:

1) $2,500,000 USD for the construction costs of two hospitals and the restoration of a Methodist hospital in Kolwezi;

2) 4,364,556 USD for the lost profit of the contract, representing 12 months of the period and the rest to be covered;

3) $2,500,000 USD for the reimbursement of all medical equipment, including 3 ambulances, 2 pick-up trucks, radiology equipment and staff;

4) $1,720,000 USD for the reimbursement of operating costs for 6 months;

[Signature]

5) $5,000,000 USD for damages for any and all harm combined;

6) return of 3 hospitals, as well as the staff, i.e., 92 agents;

This amounts to a total of $16,084,556 USD (sixteen million, eighty-four thousand, five hundred fifty-six US dollars);

And should satisfaction not be received, I hereby demand on behalf of my claimant that the summoned party be ordered to pay immediately in principal the sums on the order of $16,084,556 USD, including damages of $5,000,000 USD, suffered as a result of this abusive termination of their business contract and thus inform them that my claimant may resort to seizures against the assets and movable securities of the summoned party in addition to the procedures for forced recovery before the competent jurisdictions.

This is issued for your information, direction and to assert that which is right for the applicant;

2

TO WHICH I RECEIVED THE FOLLOWING RESPONSE:


[Handwritten] "The agreement between the Parties has never been about the construction and equipping of hospitals. The terms of this summons are in [illegible] with the dispute resolution procedure agreed upon between the parties. This supports the persistence by CRUSADER HEALTH RDC HEALTH [sic] SPRL in its failure to respect this agreement and its bad faith.
No payment or damages are due to CRUSADER HEALTH RDC SPRL."


It being [handwritten] the offices of [illegible]

And speaking to: [handwritten] URBAIN [illegible] Acting Legal Counsel for the [illegible]


IN WITNESS WHEREOF

| The Summoned Party | [Stamp] | The Court Bailiff |
|---|---|---|
| | DEMOCRATIC REPUBLIC OF THE CONGO | [Signature] |
| [Signature] | COURT OF FIRST INSTANCE | |
| URBAIN NYIOYGO | [Illegible] Kolwezi | |
| LEGAL COUNSEL KCC | | |



# TRANSLATION  CERTIFICATION

Date: October 20, 2022

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the document received by this office. The translation was completed from:

- **French**

To:

- **English**

The document is designated as:

Crusader Lawsuit Summons (2011)

Jordan Woodard, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned document is a true, full and accurate translation of the specified document."

*Jordan Woodard*

Signature of Jordan Woodard