# Exhibit 24

| | |
|---|---|
| **From:** | Ian Hagen |
| **To:** | Laurethe Hagen |
| **Subject:** | FW: court decision |

**From:** Dr Ian Hagen <███████@crusader-health.com> on behalf of Ian Hagen <███████@yahoo.com.au>
**Date:** Wednesday, 2 February 2011 at 11:24
**To:** Peniel Kasongo <███████@yahoo.fr>
**Subject:** Re: court decision

Hi Peniel,

Sad to hear. Seems like the money of the mines have reached the courts! Speak to our lawyer and hears his plans. It is going desperate with Crusader due to the current situation, so we have to resolve the matter fast. I am currently keeping things afloat from my own pockets and I have extended myself beyond any reason to be able to stay alive in DRC. The lawyer will have to make a plan and make it fast as we need cashflow to survive in DRC. Please speak to him and let me know.

Mike is almost done with the DRC books and it does not look good.

As for my personal condition; I have had a ███████████████████████████████████████████████████████████████████████████████████████████████. Also a chance finding of ███████ ███████████████ that explains a lot of my old symptoms. I have been in and out of hospital and MRI scans, etc the last month. The condition seems to be stabilising a bit and we have decided for now to manage it conservatively. Failing which it is recommended by the neurosurgeon that ████████████████████████████████████████████████████████████████████. Currently I have ███████ ██████████████████████████████████████████████. I also have █████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████. All of this seems to be worsened when I spend to much time behind the computer (probably the █████████████████████ to see through my ███████████?? But like I said, it is settling down and improving and I pray for a full non-surgical recovery.

Laurethe also was in hospital and had a ████████████████

shoulder on Friday, but is recuperating well.  We are both for review next week.  I do not expect any change in my situation, but Laurethe will probably start mobilising with ▇▇▇▇.

I hope all is well on your side.

Chat to you again soon.

Regards,

Ian.


On 1/02/11 11:59 PM, "Peniel Kasongo" <▇▇▇@yahoo.fr> wrote:

> Hi Ian and Mike
>
> There has been a decision at the court regarding uor case again KCC.
> The decision not good for us .It says the our complaing cannot be accept
> by the court.
> But the decision has been based on wrong allegation from the judge:She
> has confused the form of our compagny:She said that as an SARL we diidnot
> have and ordonnance from the DRC president to create the compagny.But we
> are an SPRL and not a SARL and we don t need the ordannce from the
> president.That confusion is horrible.I need to pay court fees to get
> written the decision:I will discuss it zith the lawyer in Lubumbashi on
> my way to Kinshasa in the week end to see wich way to go.
>
> We can make the appeal to the court in Lubumbashi on the decision or
> sueing the judge for the wrong decision.
> Just note also that the decision is only on the procedures.The case is
> not over;But it is not a good sign only.
> I had also that the KCC lawyer are also not ok with thethat decision
> because they didnot not defend thet fact that we are an SARL.
> the decision is realy strange.
>
> Let get the written decision and we will read it carefully and decide.
>
> Blessing and regards
>
> Dear Ian .we are praying for our recovery and hope to see you soon.

Peniel kasongo