# Exhibit 26

# *Cabinet Hubert DUMBI & Associés*

## Avocats près la Cour d'Appel du Haut-Katanga

### 53, Avenue Maniema

### Commune et Ville de Lubumbashi - R.D.C.

Tél. : +243 997025025  +243 819999011 - E-mail : ██@hubertdumbi.com ; ██████@gmail.com

### Numéro Impôt : A1208704A

| | | | | | | |
|---|---|---|---|---|---|---|
| - Hubert DUMBI | - Lucie MUSINDE | - Romain GAZA | - Tonia KALUME | - | - Nancy LUMPUNGU | - Esther AMISI |
| - Damien MUBIKAYI | - Gisèle KANJINGA | - Nelly NSEYA | - Benito BAKAJIKA | - Pascal KABASELE | - Rachel TABU | - |
| - Dieudonné KADYAT | - Erick KWESHI | - Aaron PONDAMALI | - Hubert TSHISWAKA | - Mardochée KAMBA | - Michael MUPASSA | - Guylain KASONGO |
| - Thoto MUTOMBO | - Jules KANYINDA | - Jeannette NTUMBA | - Ruth KAPINGA | - Daddy ILAMBWETSI | - Falonne KAZADI | -Hubert KALUKANDA |
| - charlotte KAPINGA | - Blaise NABANGABA | - Aurélie RISASI | - Olga GINANO | - Théo KISHINDA | - Rachel KABUYA | |

## *Avocats à la Cour*

N/Réf.: CAB-HDA/HD/ET/9390/22                          Lubumbashi, le 02 Septembre 2022

**A Monsieur le Gérant de la Société**
**Crusader Health SA**
**De et à Kolwezi**

**Objet**: Note d'honoraires

**Affaire: Crusader Health Sarl contre KCC SA sous RCA 166**

*Monsieur le Gérant,*

Je vous remercie de la confiance que vous avez témoignée à mon Cabinet pour la défense des intérêts de votre Société dont vous êtes Gérant dans la cause mieux identifiée en marge en rapport avec les différentes procédures engagées devant les juridictions suivantes : tribunal de grande instance de Kolwezi, Cours d'Appel de Lubumbashi, Cours d'Appel de Gombe à Kinshasa et Tribunal de Commerce de Kolwezi ;

En effet, nos honoraires globaux dans toutes ces affaires ( Maitres Hubert DUMBI et Pierre KAHADI) sont évaluées à la somme de 3 198 800 $ (dollars américains trois millions, cent quatre-vingt-dix-huit mille, huit cents) pour les différentes prestations dont les détails sont en annexe de la présente, nous vous prions de nous le couvrir ce montant aux comptes ci-après :

1.  TMB-Kolwezi intitulé KAHADI TSHIANZULA PIERRE N° 1234-0231206-00-23
2.  Bank name : RAWBANK
- Branch code : 05130 Agence de Lubumbashi
- Swift : RAWBCDKIXXX
- Account number : 05130-00102113501-78  USD
- Intitulé : DUMBI MALUMBA KALANDA   Hubert

Que cette note tient compte de la nature des prestations fournies, des urgences éventuelles, des devoirs requis, des difficultés rencontrées en cours d'exécution, des risques et responsabilités assumés en rapport avec certaines circonstances inhérentes à l'affaire acceptée, de la spécialisation et ou de la notoriété de l'avocat, du résultat obtenu et de la position de fortune du client (*selon la décision N°CNO/6/88 DU 30/03/1988 PORTANT BAREME DES HONORAIRES APPLICABLE PAR TOUS LES AVOCATS EXERÇANT EN REPUBLIQUE DEMOCRATIQUE DU CONGO*).
Voulez-vous y pourvoir !

En annexe, l'état des frais et débours, et d'honoraires honoraires, la facture ainsi que la convention d'honoraires y afférent que nous vous prions de signer et de nous retourner.

Avec mes meilleures salutations, je vous prie de croire, Monsieur le Gérant à l'expression de ma parfaite considération.

Votre très dévoué,
**Maitre Hubert DUMBI**
AVOCAT/ONA 0565

1

**ETAT DES FRAIS, DEBOURS ET HONORAIRES DANS LES DIFFÉRENTES PROCEDURES SOUMISES A NOTRE ETUDE.**

1. **TRIBUNAL DE GRANDE INSTANCE DE KOLWEZI**

| | |
|---|---|
| Ouverture de dossier | 100 $ |
| Etude du dossier au cabinet | 200$ |
| Sommation à payer | 1.000$ |
| **TOTAL FRAIS ET DEBOURS** | **9.800$** |

2. **COURS D'APPEL DE LUBUMBASHI ET DE GOMBE**

| | |
|---|---|
| Ouverture de dossier | 200$ |
| Etude du dossier au cabinet | 400$ |
| Comparution 5x 200 | 1.000$ |
| Conclusions d'Appel | 2.000$ |
| Notes de plaidoirie | 1.000$ |
| Débours | 10.000$ |
| **TOTAL FRAIS ET DEBOURS** | **14.600$** |

3. **TRIBUNAL DE COMMERCE DE KOLWEZI**

| | |
|---|---|
| Ouverture de dossier | 100 $ |
| Etude du dossier au cabinet | 200$ |
| Sommation à conclure | **1.800$** |

4. **Total honoraires :** Trente pourcent du montant gagner de 10.500.000 USD x 30% soit 3.150.000$

5. **Total général :** 9800 + 14600 + 9800 + 3150000 = 3.198.800 $

**(NOUS DISONS : DOLLARS AMERICAINS TROIS MILLIONS, CENT QUATRE-VINGT-DIX-HUIT MILLE, HUIT CENTS).**

**POUR RECEPTION**                                              **L'AVOCAT**

2

# *Hubert DUMBI & Associates*
## Lawyers at the Court of Appeals of Haut-Katanga
### 53, Avenue Maniema
## Commune and City of Lubumbashi - D.R.C.
Tel: +243 997025025 +243 819999011 - E-mail: ████@hubertdumbi.com ; ████@gmail.com
Tax number: A1208704A

| | | | | | | |
|---|---|---|---|---|---|---|
| - Hubert DUMBI | - Lucie MUSINDE | - Romain GAZA | - Tonia KALUME | - | - Nancy LUMPUNGU | - Esther AMISI |
| - Damien MUBIKAYI | - Gisèle KANJINGA | - Nelly NSEYA | - Benito BAKAJIKA | - Pascal KABASELE | - Rachel TABU | - |
| - Dieudonné KADYAT | - Erick KWESHI | - Aaron PONDAMALI | - Hubert TSHISWAKA | - Mardochée KAMBA | - Michael MUPASSA | - Guylain KASONGO |
| - Thoto MUTOMBO | - Jules KANYINDA | - Jeannette NTUMBA | - Ruth KAPINGA | - Daddy ILAMBWETSI | - Falonne KAZADI | - Hubert KALUKANDA |
| - Charlotte KAPINGA | - Blaise NABANGABA | - Aurélie RISASI | - Olga GINANO | - Théo KISHINDA | - Rachel KABUYA | |

## *Lawyers at the Court*

N/Ref.: CAB-HDA/HD/ET/9390/22          Lubumbashi, September 2, 2022

**To the Manager of the Company**
**Crusader Health SA**
**From and to Kolwezi**

**Subject**: Fee note
    **Case: Crusader Health Sari v KCC SA under RCA 166**

*Mr. Manager,*

I would like to thank you for the trust you have placed in my firm for the defense of the interests of the company of which you are manager, in the case better identified in the margin in relation to the various proceedings brought before the following courts: the High Court of Kolwezi, the Court of Appeals of Lubumbashi, the Court of Appeals of Gombe in Kinshasa, and the Commercial Court of Kolwezi;

Indeed, our global fees in all these cases (Mr. Hubert DUMBI and Mr. Pierre KAHADI) are evaluated at the sum of $3,198,800 (three million, one hundred and ninety-eight thousand, eight hundred US dollars) for the various services, the details of which are annexed hereto. We ask you to cover this amount to the accounts below:

1. **TMB-Kolwezi entitled KAHADI TSHIANZULA PIERRE No. 1234-0231206-00-23**
2. **Bank name: RAWBANK**
- **Branch code: 05130 Lubumbashi Branch**
- **Swift: RAWBCDKIXXX**
- **Account number: 05130-00102113501-78 USD**
- **Title: DUMBI MALUMBA KALANDA Hubert**

This note takes into account the nature of the services provided, the possible urgencies, the duties required, the difficulties encountered in the course of execution, the risks and responsibilities assumed in relation to certain circumstances inherent in the case accepted, the specialization and/or notoriety of the lawyer, the result obtained, and the wealth position of the Client (*according to decision No. CNO/6/88 OF 03/30/1988 ON THE FEE SCALE APPLICABLE BY ALL LAWYERS PRACTICING IN THE DEMOCRATIC REPUBLIC OF CONGO*). Would you like to appeal?

Attached is the statement of costs and disbursements, fees, and the invoice, as well as the related fee agreement that we ask you to sign and return to us.

With my best regards and highest consideration,

Yours truly
**Mr. Hubert DUMBI**
**LAWYER/ONA 0565**
[signature]

1

**STATEMENT OF COSTS, DISBURSEMENTS AND FEES IN THE VARIOUS PROCEDURES
SUBMITTED TO OUR STUDY.**

1.  **HIGH COURT OF KOLWEZI**

    | | |
    |---|---|
    | Opening of file | $100 |
    | Study of file at office | $200 |
    | Order to pay | $1,000 |
    | **TOTAL FEES AND DISBURSEMENT** | **$9,800** |

2.  **LUBUMBASHI AND GOMBE COURTS OF APPEAL**

    | | |
    |---|---|
    | Opening of file | $200 |
    | Study of file at office | $400 |
    | Appearance 5x 200 | $1,000 |
    | Appeal findings | $2,000 |
    | Notes on the defense speech | $1,000 |
    | Disbursements | $10,000 |
    | **TOTAL COSTS AND DISBURSEMENTS** | **$14,600** |

3.  **COMMERCIAL COURT OF KOLWEZI**

    | | |
    |---|---|
    | Opening of the file | $100 |
    | Study of the file at the office | $200 |
    | Summons to conclude | **$1,800** |

4.  **Total fees:** Thirty percent of the amount earned of $10,500,000 x 30%, i.e., $3,150,000

5.  **Grand total**: 9,800 + 14,600 + 9,800 + 3,150,000 = $3,198,800

(WRITTEN OUT: THREE MILLION, ONE HUNDRED AND NINETY-EIGHT THOUSAND, EIGHT HUNDRED US
DOLLARS).

FOR RECEIPT                                    ATTORNEY [signature]

2



# TRANSLATION CERTIFICATION

Date: October 21, 2022

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the document received by this office. The translation was completed from:

- French (France)

    To:

- English (USA)

The document is designated as:

- **AFFAIRE CRUSADER LTR 9390**

Rana Qasim, Project Coordinator in this company, attests to the following:

"To the best of my knowledge, the aforementioned document is a true, full and accurate translation of the specified document."


_Rana Qasim_
Signature of Rana Qasim