# Exhibit 27

# CRUSADER HEALTH RDC S.P.R.L.

## STATUTORY FINANCIAL STATEMENTS
## FOR THE YEAR ENDED AT DECEMBER 31, 2010
## EXPRESSED IN USD

April 2011

AJM & Associates s.p.r.l.
Audit, Tax and Management Consulting



**To chairman and shareholders**
**CRUSADER HEALTH RDC SPRL**
**KOLWEZI/KATANGA**

### REPORT ON PRESENTATION OF STATUTORY FINANCIAL STATEMENTS UNDER CONGOLESE REPORTING FRAMEWORK

On the basis of information provided by management we have compiled, in accordance with the International Standard on Related Services applicable to compilation engagements, the balance sheet of CRUSADER HEALTH DRC SPRL as of December 31, 2010, and the related statements of income, and cash flows for the year then ended. These financial statements are the responsibility of the company's management. We have not audited or reviewed these financial statements and accordingly express no assurance thereon.

We have obtained the trial balance as at December 31, 2010 prepared in US dollar by your company and produced the trial balance in compliance with the Congolese Accounting Principles and Procedures from which are derived the financial statements as at December 31, 2010;

Our report is provided for the purposes of the Management of CRUSADER, and it may not be suitable for other purposes.

Lubumbashi, April 5, 2011

**AJM & Associates**
**Chartered Accountant**





## CRUSADER HEALTH S.P.R.L.

### BALANCE SHEET AS AT 31 DECEMBER 2010
*(Expressed in USD)*

| ASSETS | Notes | 32.12.2010 | 31.12.2009 |
|---|---|---|---|
| **Fixed assets** | | | |
| Tangible assets | 3 | 801 872 | 1 818 419 |
| Work-in-progress | | 25 982 | - |
| **Total fixed assets and other fixed assets** | | 827 854 | 1 818 419 |
| **Debtors** | | | |
| Accounts receivable | 4 | 171 441 | 248 504 |
| Trade debtors | | 3 800 | 78 533 |
| Inter – Companies Loan | 5 | 236 345 | - |
| Prepaid expenses | | 5 691 | 2 064 |
| **Total** | | 417 277 | 329 101 |
| **Cash** | | | |
| Bank | | 3 403 | 85 158 |
| Cash on hand | | 717 | 21 011 |
| **Total cash and bank** | | 4 120 | 106 169 |
| **TOTAL ASSET** | | 1 249 251 | 2 253 689 |

**The notes 1 to 17 are an integral of these financial statements.**

2

**CRUSADER HEALTH RDC S.P.R.L.**

**BALANCE SHEET AS AT 31 DECEMBER 2010**
*(Expressed in USD)*

| LIABILITIES | Notes | 31.12.2010 | 31.12.2009 |
|---|---|---|---|
| **Shareholder's Equity** | | | |
| Share Capital | 6 | 40 000 | 40 000 |
| Non-Distributable Reserves | | - | 434 248 |
| Retained income | | 210 345 | 202 591 |
| Net income (Loss) | | (896 499) | 7 754 |
| **Total** | | **(646 154)** | **684 593** |
| Long term loans | 7 | 1 731 730 | 1 150 952 |
| **Total shareholder's equity and long term loan** | | **1 085 576** | **1 835 545** |
| **Current liabilities** | | | |
| Accounts payable | 8 | 62 586 | 53  773 |
| Government tax | | 5 174 | 3 991 |
| Accruals | 9 | 95 915 | 360 380 |
| **Total** | | **163 675** | **418 144** |
| **TOTAL LIABILITIES** | | **1 249 251** | **2 253 689** |

The notes 1 to 17 are an integral of these financial statements.

3

## CRUSADER HEALTH DRC S.P.R.L.

### STATEMENT OF INCOME FOR THE YEAR ENDED AT 31 DECEMBER 2010
*(Expressed in USD)*

|  | Notes | 31.12.2010 | 31.12.2009 |
|---|---|---|---|
| Revenues | 10 | 1 389 139 | 3 364 640 |
| Materials and supplies consumed | 11 | (187 531) | (799 234) |
| Transportation charges | 12 | (63 876) | (105 071) |
| Other external services | 13 | (555 796) | (508 137) |
| **Added Value** |  | **581 936** | **1 952 198** |
| Other income and gain | 14 | 22 514 | 1 850 |
| Interests |  | - | 7 084 |
| Other charges and losses |  | (1 000) | (43 001) |
| Staff costs | 15 | (860 512) | (982 391) |
| Taxes and levies | 16 | (21 973) | (142 469) |
| Interests expenses |  | - | (2 225) |
| **Operating profit before depreciation** |  | **(279 035)** | **791 046** |
| Depreciation charges on tangible assets | 3 | (614 964) | (752 914) |
| **Net operating profit** |  | **(893 999)** | **38 132** |
| **Profit or (loss) before taxation** |  | **(893 999)** | **38 132** |
| Provision for income tax |  | (2 500) | 30 379 |
| **Net profit or (loss) for the year** |  | **(896 499)** | **7 753** |

**The notes 1 to 17 are an integral of these financial statements.**

# CRUSADER HEALTH DRC S.P.R.L.

## STATEMENT OF CASH FLOWS FOR THE YEAR ENDED AT 31 DECEMBER 2010
*(Expressed in USD)*

|  | 31.12.2010 | 31.12.2009 |
|---|---:|---:|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | |
| Profit (Loss) for the year | (896 499) | 7 754 |
| Depreciation | 614 964 | 27 217 |
| Miscellaneous income due to fixed assets adjustment | (21 328) | - |
| Increase in debtors | (88 176) | (329 101) |
| Decrease in short term debts | (256 470) | 418 144 |
| **Net cash flows from operating activities (1)** | **(647 509)** | **124 014** |
| **CASH FLOW FROM INVESTING ACTIVITIES** | | |
| Purchase of tangible assets | (9 336) | (1 845 636) |
| Increase of work in progress | (25 982) | - |
| **Cash used in investing activities (2)** | **(35 318)** | **(1 845 636)** |
| **CASH FLOW ON FINANCINGS** | | |
| Share capital | - | 40 000 |
| Non-Distributable Reserves | - | 434 248 |
| Retained income | - | 202 591 |
| Proceeds from long term borrowings | 580 778 | 1 150 952 |
| **Cash flow from financing activities (3)** | **580 778** | **1 827 791** |
| **Change of cash (1) + (2) + (3)** | (102 049) | 106 169 |
| **Cash and cash equivalent at 1st January** | 106 169 | - |
| **Cash and cash equivalent at 31st December** | <u>4 120</u> | <u>106 169</u> |

**The notes 1 to 17 are an integral of these financial statements.**

5

**CRUSADER HEALTH S.P.R.L.**

**NOTES TO THE FINANCIAL STATEMENTS AS AT 31 DECEMBER 2010**

**NOTE 1.  ACTIVITIES**

CRUSADER HEALTH SPRL is a private limited liabilities company incorporated under the commercial law of the Democratic Republic of Congo on June 27, 2008. The company started running business in September 2007.

In accordance with the article 3 of memorandum of association, CRUSADER HEALTH RDC SPRL is established to provide health service.

**NOTE 2.  ACCOUNTING POLICIES**

**2.1. Presentation of the financial statements**

The financial statements of the company are prepared in accordance with the Congolese accounting standards and they are in conformity. These financial statements are prepared on the historical costs basis except for fixed assets which are revalued annually as required by the Law n° 89 – 017 of February 18, 1989 pertaining on the revaluation of fixed assets.

**2.2. Property, plant and equipment , motor vehicle, depreciation and amortization**

Tangible assets are initially recorded at historical cost. Each year, in accordance with the Law n° 89 – 017 of February 18, 1989, assets are revalued by applying the coefficients determined annually by the Ministry of Finance. Increases in the accounts deriving from the revaluation are credited in the account "Revaluation reserve". According to the Ministerial Act n° 017/CAB/MIN/FIN/98 of April 13, 1998, the revaluation reserve generated is transferable to the capital since 1997.

Depreciation of property, plant and equipment, motor vehicle and other equipment is calculated on a straight-line and declining method basis over the estimated useful life. According to the Act n° 017/CAB/MIN/FIN/98 dated April 13, 1998 the depreciation is calculated and recorded on the basis of revalued values.

The useful life of assets is as follows:

| | |
|---|---:|
| Building | 7 years |
| Motor vehicles | 4 years |
| IT equipments | 3 years |
| Fixtures and fittings | 5 years |
| Equipment | 5 years |

**2.3. INVENTORY**

Inventory should be shown at the lesser of cost price and selling price.

**2.4. FOREIGN CURRENCIES**

Foreign currency transactions are translated, on initial recognition, at the foreign exchange rate ruling at the date of the transaction.

Monetary assets and liabilities denominated in foreign currencies are translated at the foreign exchange rate ruling at the settlement date or balance sheet date. Exchange differences on the settlement or transaction of monetary assets or liabilities are charged to profit and loss accounts in the period.

**2.5. TAXATION**

The charge for current taxation is based on the results for the period and is adjusted for items that are no-assessable or disallowed. Current taxation is measured at the amount expected to be paid, using taxation rates and laws that have been enacted or substantively enacted by the balance sheet date.

**2.6. REVENUE RECOGNITION**

Revenue is recognized when the company invoice the clients.

**NOTE3.  FIXED ASSETS**

| ( In USD) | Building | Equipment | Vehicles | Fur & fitt | IT Equip | TOTAL |
|---|---|---|---|---|---|---|
| **Gross book value** | | | | | | |
| At 1st Jan 2010 | 1 739 754 | 6 562 | 80 070 | 12 970 | 6 280 | 1 845 636 |
| Additions | - | - | - | 9 336 | - | 9 336 |
| Adjustments | 383 196 | 9 572 | 69 330 | 21 767 | 4 845 | 488 710 |
| **At 31 December 2010** | **2 122 950** | **16 134** | **149 400** | **44 073** | **11 125** | **2 343 682** |
| **Depreciation** | | | | | | |
| At 1st Jan 2010 | 17 490 | 1 044 | 6 257 | 2 043 | 383 | 27 217 |
| Depreciation for 2010 | 568 742 | 2 500 | 31 363 | 9 533 | 2 826 | 614 964 |
| Adjustment | 778 396 | 10 090 | 80 418 | 24 950 | 5 775 | 899 629 |
| **At 31 December 2010** | **1 364 628** | **13 634** | **118 038** | **36 526** | **8 984** | **1 541 810** |
| **Net book value** | | | | | | |
| At 31 December 2009 | <u>1 722 264</u> | <u>5 518</u> | <u>73 813</u> | <u>10 927</u> | <u>5 897</u> | <u>1 818 419</u> |
| At 31 December 2010 | <u>758 322</u> | <u>2 500</u> | <u>31 362</u> | <u>7 547</u> | <u>2 141</u> | <u>801 872</u> |

**NOTE 4. ACCOUNT RECEIVABLE**

| (In USD) | 2010 | 2009 |
|---|---:|---:|
| Frontier | - | 179 243 |
| DCP | - | 20 548 |
| First quantum mine | - | 7 472 |
| Others | 171 441 | 41 240 |
| | **171 441** | **248 503** |

**NOTE 5. INTER COMPANIES LOAN**

Intercompany loan of USD 236 345 shown in balance sheet is the loan on CRUSADER ZAMBIA due to payment of his employee entertainment fees.

**NOTE 6.  SHARE CAPITAL**

Share capital comprises 100 fully-paid shares of USD 40 each, held by three persons for respectively 45%, 45% and 10% of total.

**NOTE 7.  LONG TERM LOAN**

This balance of USD 1 731 730 represent specially loan from shareholders.

**NOTE 8.  ACCOUNT PAYABLE**

This account represents the outstanding balance of USD 62 586   as at December 31, 2010.

**NOTE 9.  ACCRUALS**

| (In USD) | 2010 | 2009 |
|---|---:|---:|
| Accruals | 72 651 | 300 441 |
| Provision - expenses | 23 264 | 59 938 |
| | **95 915** | **360 380** |

## NOTE 10.  REVENUES

| (In USD) | 2010 | 2009 |
|---|---:|---:|
| Sales |  | 1 290 387 |
| Sales – AAC | 3 864 | 1 056 |
| Sales – AMBL | 64 181 | 33 169 |
| Sales – DCP | 135 095 | 412 037 |
| Sales – Frontier | 240 634 | 57 635 |
| Sales – GPM | 37 369 | 40 192 |
| Sales - KM Enterprises | 86 621 | 164 667 |
| Sales – KOL | 752 278 | 1 336 391 |
| Sales – SDV | 945 | 3 375 |
| Sales - Solidarity Centre | 2 025 | 540 |
| Sales – exploration drilling | 7 350 | 25 191 |
| Other Income - Non Members | 58 777 | - |
|  | **1 389 139** | **3 364 640** |

## NOTE 11.  MATERIALS AND SUPPLIES CONSUMED

| (In USD) | 2010 | 2009 |
|---|---:|---:|
| Consumables | 156 404 | 754 263 |
| Fuel | 23 144 | 22 453 |
| Clothing | 161 | 7 238 |
| Electricity and water | 5 032 | 7 078 |
| Others | 2 790 | 8 202 |
|  | **187 531** | **799 234** |

## NOTE 12.  TRANSPORTATION CHARGES

| (In USD) | 2010 | 2009 |
|---|---:|---:|
| Travel and accommodation | 59 734 | 91 812 |
| Transport | 4 142 | 13 259 |
|  | **63 876** | **105 071** |

## NOTE 13.  OTHERS EXTERNAL SERVICES

| (In USD) | 2010 | 2009 |
|---|---:|---:|
| Consulting fees | 298 118 | 149 147 |
| Repairs and maintenance | 26 174 | 103 335 |
| Administration fees | 55 978 | 58 352 |
| Bank charges | 18 137 | 43 611 |
| Telephone and fax | 22 764 | 40 310 |
| Rent paid | 36 069 | 28 278 |
| Subscription | 16 904 | 18 004 |
| Carting | 5 435 | 14 384 |
| Others | 76 217 | 52 713 |
|  | **555 796** | **508 137** |

9

## NOTE 14.  OTHER INCOME AND GAIN

| (In USD) | 2010 | 2009 |
|---|---:|---:|
| Exchange gain | 1 185 | 1 850 |
| Gain on fixed assets adjustments | 21 329 | - |
|  | **22 514** | **1 850** |

## NOTE 15.  STAFF COSTS

| (In USD) | 2010 | 2009 |
|---|---:|---:|
| Salaries | 476 987 | 543 824 |
| Medical allowance | 101 442 | 127 508 |
| Accommodation | 104 807 | 126 423 |
| Transport allowance | 104 333 | 126 067 |
| INSS – Employer | 24 202 | 31 631 |
| Wages | 5 826 | 15 131 |
| INPP – Employer | 8 858 | 11 807 |
| Others | 34 058 | - |
|  | **860 512** | **982 391** |

## NOTE 16.  TAXES AND LEVIES

| (In USD) | 2010 | 2009 |
|---|---:|---:|
| Tax - DGI | 5 875 | 91 535 |
| Tax – BIC | - | 37 814 |
| Visa protocol | 16 098 | 13 119 |
|  | **21 973** | **142 469** |

## NOTE 17.  CONTINGENT LIABILITIES

Although the tax provision has been calculated in accordance with the tax Law, it cannot be considered as final as long as company records will not be verified by the tax Inspectors.
The application of certain tax provision could lead to divergent understanding during the tax control and may result in additional tax liabilities.

However, the management is the opinion of the provisions constituted at the end of year is sufficient to meet all possible tax assessment.