

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 7, 2022

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Glencore International A.G.*, 22 Cr. 297 (LGS)

Dear Judge Schofield:

    The Government respectfully submits this letter in advance of the Government's restitution-related submission deadline in the above-captioned matter, presently set for November 8, 2022. The Government is hoping to resolve certain issues before filing its written submission. Accordingly, the Government respectfully requests an extension of the restitution-related submission deadline to November 11, 2022 (which is also the Government's deadline for its sentencing submission in the above-captioned case). The Government has conferred with counsel for Glencore and the Hagens, who consent to this request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: _____s/_____
    Michael C. McGinnis
    Juliana N. Murray
    Assistant United States Attorney
    Tel: (212) 637-2305 / 2314

cc:    Counsel (by ECF)