# EXHIBIT 2



0247022141

# LES CODES LARCIER

## République démocratique du Congo

# 2010

CATALOGUE

## Tome I

### Droit civil et judiciaire

BIBLIOTHEQUE DU BARREAU
BRUXELLES
BIBLIOTHEEK VAN DE BALIE
BRUSSEL



larcier



AFRIQUE
EDITIONS

Case 1:22-cr-00297-LGS    Document 25-2    Filed 11/08/22    Page 3 of 3
Droit des obligations et des contrats • Contrats et obligations conventionnelles
30 juillet 1888. — DÉCRET.

elle est périe ou détériorée par sa faute; il est même garant de sa perte par cas fortuit, s'il l'a reçue de mauvaise foi.

**Art. 256.** Si celui qui a reçu de bonne foi a vendu la chose, il ne doit restituer que le prix de la vente.

**Art. 257.** Celui auquel la chose est restituée doit tenir compte, même au possesseur de mauvaise foi, de toutes les dépenses nécessaires et utiles qui ont été faites pour la conservation de la chose.

### CHAPITRE II
### DES DÉLITS ET DES QUASI-DÉLITS

**Art. 258.** Tout fait quelconque de l'homme, qui cause à autrui un dommage, oblige celui par la faute duquel il est arrivé à le réparer.

**Art. 259.** Chacun est responsable du dommage qu'il a causé, non seulement par son fait, mais encore par sa négligence ou par son imprudence.

**Art. 260.** On est responsable non seulement du dommage que l'on cause par son propre fait, mais encore de celui qui est causé par le fait des personnes dont on doit répondre, ou des choses que l'on a sous sa garde.

Le père, et la mère après le décès du mari, sont responsables du dommage causé par leurs enfants, habitant avec eux.

Les maîtres et les commettants, du dommage causé par leurs domestiques et préposés dans les fonctions auxquelles ils les ont employés.

Les instituteurs et les artisans, du dommage causé par leurs élèves et apprentis pendant le temps qu'ils sont sous leur surveillance.

La responsabilité ci-dessus a lieu, à moins que les père et mère, instituteurs et artisans ne prouvent qu'ils n'ont pu empêcher le fait qui donne lieu à cette responsabilité.

**Art. 261.** Le propriétaire d'un animal, ou celui qui s'en sert, pendant qu'il est à son usage, est responsable du dommage que l'animal a causé, soit que l'animal fût sous sa garde, soit qu'il fût égaré ou échappé.

**Art. 262.** Le propriétaire d'un bâtiment est responsable du dommage causé par sa ruine lorsqu'elle est arrivée par une suite du défaut d'entretien ou par le vice de sa construction.

### TITRE III
### DE LA VENTE

### CHAPITRE Ier
### DE LA NATURE ET DE LA FORME DE LA VENTE

**Art. 263.** La vente est une convention par laquelle l'un s'oblige à livrer une chose, et l'autre à la payer.

Elle peut être faite par acte authentique ou sous seing privé.

**Art. 264.** Elle est parfaite entre les parties, et la propriété est acquise de droit à l'acheteur à l'égard du vendeur, dès qu'on est convenu de la chose et du prix, quoique la chose n'ait pas encore été livrée ni le prix payé.

**Art. 265.** La vente peut être faite purement et simplement, ou sous une condition suspensive, soit résolutoire.

Elle peut aussi avoir pour objet deux ou plusieurs choses alternatives.

Dans tous les cas, son effet est réglé par les principes généraux des conventions.

**Art. 266.** Lorsque des marchandises ne sont pas vendues en bloc, mais au poids, au compte ou à la mesure, la vente n'est point parfaite, en ce sens que les choses vendues sont aux risques du vendeur jusqu'à ce qu'elles soient pesées, comptées ou mesurées; mais l'acheteur peut en demander ou la délivrance ou des dommages et intérêts, s'il y a lieu, en cas d'inexécution de l'engagement.

**Art. 267.** Si, au contraire, les marchandises ont été vendues en bloc, la vente est parfaite, quoique les marchandises n'aient pas encore été pesées, comptées ou mesurées.

**Art. 268.** À l'égard du vin, de l'huile et des autres choses que l'on est dans l'usage de goûter avant d'en faire l'achat, il n'y a point de vente tant que l'acheteur ne les a pas goûtées et agréées.

**Art. 269.** La vente faite à l'essai est toujours présumée faite sous une condition suspensive.

**Art. 270.** La promesse de vente vaut vente, lorsqu'il y a consentement réciproque des deux parties sur la chose et sur le prix.

**Art. 271.** Si la promesse de vente a été faite avec des arrhes, chacun des contractants est maître de s'en départir:

celui qui les a données, en les perdant; et celui qui les a reçues, en restituant le double.

**Art. 272.** Le prix de la vente doit être déterminé et désigné par les parties.

**Art. 273.** Il peut cependant être laissé à l'arbitrage d'un tiers: si le tiers ne veut ou ne peut faire l'estimation, il n'y a point de vente.

**Art. 274.** Les frais d'actes et autres accessoires à la vente sont à la charge de l'acheteur.

### CHAPITRE II
### DES CHOSES QUI PEUVENT ÊTRE VENDUES

**Art. 275.** Tout ce qui est dans le commerce peut être vendu, lorsque des lois particulières n'en ont pas prohibé l'aliénation.

**Art. 276.** La vente de la chose d'autrui est nulle; elle peut donner lieu à des dommages-intérêts lorsque l'acheteur a ignoré que la chose fût à autrui.

**Art. 277.** On ne peut vendre la succession d'une personne vivante, même de son consentement.

**Art. 278.** Si, au moment de la vente, la chose vendue était périe en totalité, la vente serait nulle.

Si une partie seulement de la chose est périe, il est au choix de l'acquéreur d'abandonner la vente ou de demander la partie conservée, en faisant déterminer le prix par la ventilation.

### CHAPITRE III
### DES OBLIGATIONS DU VENDEUR

#### Section 1re
#### Dispositions générales

**Art. 279.** Le vendeur est tenu d'expliquer clairement ce à quoi il s'oblige.

Tout pacte obscur ou ambigu s'interprète contre le vendeur.

**Art. 280.** Il a deux obligations principales, celle de délivrer et celle de garantir la chose qu'il vend.

#### Section 2
#### De la délivrance

**Art. 281.** La délivrance est le transport de la chose vendue en la puissance et possession de l'acheteur.

**Art. 282.** L'obligation de délivrer les immeubles est remplie de la part du vendeur lorsqu'il a remis les clefs, s'il s'agit d'un bâtiment, ou lorsqu'il a remis les titres de propriété.

**Art. 283.** La délivrance des effets mobiliers s'opère:

ou par la tradition réelle,

ou par la remise des clefs des bâtiments qui les contiennent,

ou même par le seul consentement des parties, si le transport ne peut pas s'en faire au moment de la vente ou si l'acheteur les avait déjà en son pouvoir à un autre titre.

**Art. 284.** La tradition des droits incorporels se fait, ou par la remise des titres, ou par l'usage que l'acquéreur en fait du consentement du vendeur.

**Art. 285.** Les frais de la délivrance sont à la charge du vendeur et ceux de l'enlèvement à la charge de l'acheteur, s'il n'y a eu stipulation contraire.