

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 7, 2022

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Application **GRANTED**. The deadline for the Government to file its opposition is extended to **November 11, 2022**. The deadline for any reply to be filed is extended to **November 16, 2022.**

Dated: November 9, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   *United States v. Glencore International A.G.*, 22 Cr. 297 (LGS)

Dear Judge Schofield:

    The Government respectfully submits this letter in advance of the Government's restitution-related submission deadline in the above-captioned matter, presently set for November 8, 2022. The Government is hoping to resolve certain issues before filing its written submission. Accordingly, the Government respectfully requests an extension of the restitution-related submission deadline to November 11, 2022 (which is also the Government's deadline for its sentencing submission in the above-captioned case). The Government has conferred with counsel for Glencore and the Hagens, who consent to this request.

                            Respectfully submitted,

                            DAMIAN WILLIAMS
                            United States Attorney

            By: _____s/_____
                 Michael C. McGinnis
                 Juliana N. Murray
                 Assistant United States Attorney
                 Tel:  (212) 637-2305 / 2314

cc:   Counsel (by ECF)