

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 15, 2022

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Application Granted in part.  The sentencing hearing is adjourned to **February 28, 2023, at 11:00 a.m.**  The Clerk of the Court is directed to terminate the letter motion at docket number 29.

Dated: November 15, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   *United States v. Glencore International A.G.*, 22 Cr. 297 (LGS)

Dear Judge Schofield:

The Government respectfully submits this letter in advance of the sentencing date in the above-captioned matter, presently scheduled for November 21, 2022 at 11:00 a.m.  The Government is continuing to coordinate with Swiss authorities in connection with issues relating to the imposition of a compliance monitorship and would like to resolve that issue before proceeding to sentencing.  The Government understands that the Swiss authorities anticipate making a determination in mid-January 2023.

Accordingly, the Government respectfully requests an adjournment of the sentencing control date.  The Government has conferred with counsel for Glencore, who consents to this request.  The parties are generally available at the Court's convenience between January 18, 2023 and January 31, 2023, or between February 2, 2023 and February 6, 2023.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____s/_____
Michael C. McGinnis
Juliana N. Murray
Assistant United States Attorney
Tel:  (212) 637-2305 / 2314

cc:   Counsel (by ECF)