

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 14, 2022

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**BY EMAIL/ECF**

The Honorable Lorna G. Schofield
United States District Judge
United States Courthouse
New York, New York 10007

Application **GRANTED**.

The Clerk of Court is respectfully directed to terminate Michael McGinnis's receipt of ECF notifications and to close the motion at Dkt. No. 30.

Dated: January 4, 2023
New York, New York

  Re:  *United States v. Glencore,* **22 Cr. 297 (LGS)**

Dear Judge Schofield:

Please be advised that I will be leaving the U.S. Attorney's Office. Accordingly, I respectfully request that the Clerk of Court remove me as counsel of record from all future ECF notifications in this case.

Thank you for the Court's consideration.

            Respectfully submitted,

            DAMIAN WILLIAMS
            United States Attorney

      By: /s_____
          Michael McGinnis
          Assistant United States Attorneys
          (212) 637-2305

cc:  Counsel of Record (by ECF)