UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | Consent |
| | Order of Restitution |
| v. | |
| GLENCORE INTERNATIONAL A.G., | |
| Defendant. | 22 Cr. 297 (LGS) |

---

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Juliana N. Murray, Assistant United States Attorney, of counsel; the defendant's conviction on Count One of the Information; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution**

GLENCORE INTERNATIONAL A.G., the Defendant, shall pay restitution in the total amount of $39,810,068.05, pursuant to 18 U.S.C. § 371, to the victims of the offense charged in Count One. The total amount of restitution represents the $29,691,165 in restitution ordered by this Court in its February 27, 2023, Opinion and Order, *see* Dkt. 38, plus the applicable prejudgment interest (at a rate of 5.0425%) for that restitution amount, which is $10,118,903.05.

The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

As outlined in the Court's February 27, 2023, Opinion and Order, *see* Dkt. 38, the disbursement of restitution by the Clerk of Court is subject to the conditions that the Victim identified in the Schedule of Victims first provide sufficient proof that it has withdrawn its

$10,860,000 judgment in the DRC and that the Victim or anyone on its behalf agree to seek no further relief in the DRC for the categories of restitution awarded in the February 27, 2023, Opinion and Order. The Court retains jurisdiction over this matter to ensure that these conditions are satisfied before the Clerk of Court disburses the funds to the Victim, and to resolve any disputes as to whether these conditions have been satisfied.

2. **Payment**

Defendant has deposited the full amount of restitution, $39,810,068.05, with the Clerk of Court. Restitution shall be disbursed to the Victim identified in the Schedule of Victims once the Court determines that the conditions in its February 27, 2023, Opinion and Order, *see* Dkt. 38, have been satisfied.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____   3/14/2023
Juliana N. Murray                DATE
One Saint Andrew's Plaza
New York, NY 10007
Tel.: (212) 637 – 2314

GLENCORE INTERNATIONAL A.G.

By: _____   3/14/23
Shaun Teichner, General Counsel,   DATE
on behalf of GLENCORE INTERNATIONAL A.G.

By: _____   3/14/23
Howard M. Shapiro, Esq.          DATE
Attorney for Defendant

2023.2.16                2

Dated: March 15, 2023
New York, New York

SO ORDERED

_____
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE