WILMERHALE

April 20, 2023

Howard M. Shapiro

+1 202 663 6606 (t)
+1 202 663 6363 (f)
howard.shapiro@wilmerhale.com

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    **Re:**    *United States v. Glencore International A.G.*, **22-CR-297 (LGS)**
              **Response to Motion for Release of Restitution Funds (Dkt. 46)**

Dear Judge Schofield:

On behalf of our client, Glencore International AG ("Glencore"), we write regarding the Motion for Release of Restitution Funds (Dkt. 46) submitted by Dr. Ian and Laurethé Hagen (the "Hagens").

On April 19, 2023, the Hagens filed a Letter Motion for Release of Restitution Funds ("Letter Motion"). Glencore intends to respond to the Letter Motion. We have reviewed the Court's Individual Rules and have not identified a rule applicable to this specific type of filing. Nonetheless, given that the Court's rules allow for seven calendar days to respond to motions not requiring a pre-motion conference, Glencore respectfully requests that the Court set a deadline of April 26, 2023, seven days from the Hagens' filing, for Glencore to file its response. The government has indicated that it takes no position and does not intend to file a response.

Best regards,

*/s/ Howard M. Shapiro*

Howard M. Shapiro