**WILMERHALE**

Howard M. Shapiro

+1 202 663 6606 (t)
+1 202 663 6363 (f)
howard.shapiro@wilmerhale.com

August 15, 2023

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Glencore International A.G.*, 22-CR-297 (LGS)

Dear Judge Schofield:

On behalf of our client, Glencore International A.G. ("Glencore" or the "Company"), we write in connection with the Court's August 7, 2023, Order denying the motion of Dr. Ian and Laurethé Hagen (the "Hagens"), 90 percent shareholders in Crusader Health RDC SARL ("Crusader"), for the release of the remaining restitution funds. Enclosed as Exhibit A please find a decision from the Kolwezi Commercial Court, issued on Friday, August 11, 2023, acknowledging Crusader's definitive and irrevocable waiver of its right to invoke and enforce the December 31, 2019, judgment. Glencore is in the process of obtaining a translation of the French decision and will provide it to the Court as soon as it is available. In light of this decision, Glencore consents to the release of the remainder of the restitution funds to the Hagens.

Respectfully submitted,

*[signature]*

Howard M. Shapiro