# Exhibit A

**REPUBLIQUE DEMOCRATIQUE DU CONGO**



COPIE

**POUVOIR JUDICIAIRE**
**PROVINCE DU LUALABA**
**TRIBUNAL DE COMMERCE DE KOLWEZI**
Greffe d'Exécution

## SIGNIFICATION D'UN JUGEMENT

L'an deux mille-vingt-trois, le *11e* Jour du mois d'Aout ;

A la requête Monsieur le Greffier Divisionnaire du Tribunal de Commerce de Kolwezi sis au numéro 400 de l'avenue du Collège, quartier Biashara, commune Dilala, ville de Kolwezi, province du Lualaba République Démocratique du Congo ;

Je soussigné *LUKINGA BUKANGA* Greffier du Tribunal de Commerce de Kolwezi ;

Ai signifiée à :

**1. LA SOCIÉTÉ KAMOTO COPPER COMPAGNY SA** en sigle KCC SA société anonyme avec Conseil d'administration, ayant son siège social aux usines de LUILU, Commune de Dilala, Ville de Kolwezi, Province du Lualaba en République Démocratique du Congo, immatriculée au Registre du Commerce et du Crédit Mobilier sous CD/KZI/RCCM/47-B-00020 et Identification Nationale sous 14-B0500-N45597Q ;

**2. LA SOCIÉTÉ CRUSADER HEALTH RDC SARL** dont le siège social est à Kolwezi sise avenue M'siri, n° 180, Quartier Biashara, Commune de Dilala, à Kolwezi, Province du Lualaba en République Démocratique du Congo ;

Déclarant que la présente décision lui est faite pour chacun son information directe à toutes fins utiles que de droit, dans l'affaire inscrite sous RAC 349 ;

**EN CAUSE : LA SOCIÉTÉ KAMOTO COPPER COMPAGNY SA** en sigle **KCC SA** Contre **LA SOCIÉTÉ CRUSADER HEALTH RDC SARL** ;

Et pour qu'elle n'en prétexte ignorance je lui ai laissé copie de mon présent exploit et le jugement rendu en date du 08/08/ 2023 rendu par le Tribunal de Commerce de Kolwezi, sous le RAC 349 ;

**POUR LA PREMIERE**

Étant à *l'adresse vous indiquée aux usines de Luilu*

Et y parlant à *Monsieur URBAIN NYINAO, Conseiller juridique ainsi déclaré*

**POUR LE DEUXIEME**

Étant à ...........................................................................................

Et y parlant à .................................................................................

Dont acte, coût : .................Cdf

**LA SIGNIFIEE**                                    **LE GREFFIER**

*URBAIN NYINAO*

**LE TRIBUNAL DE COMMERCE DE KOLWEZI Y SEANT ET SIEGEANT EN MATIERE COMMERCIALE AU PREMIER DEGRE A RENDU LE JUGEMENT SUIVANT :**

RAC 349                                                                                     Première feuillet

### AUDIENCE PUBLIQUE DU HUIT AOUT DEUX MILLE VINGT TROIS

**EN CAUSE :** LA SOCIÉTÉ KAMOTO COPPER COMPAGNY SA en sigle **KCC SA** société anonyme avec Conseil d'administration, ayant son siège social aux usines de LUILU, Commune de Dilala, Ville de Kolwezi, Province du Lualaba en République Démocratique du Congo, immatriculée au Registre du Commerce et du Crédit Mobilier sous CD/KZI/RCCM/47-B-00020 et Identification Nationale sous 14-B0500-N45597Q, dument représentée, ici, par son **Directeur Général, Monsieur Clinton DONKIN** ; **(Demanderesse)** ;

**CONTRE :** LA SOCIÉTÉ CRUSADER HEALTH RDC SARL dont le siège social est à Kolwezi sise avenue M'siri, n° 180, Quartier Biashara, Commune de Dilala, à Kolwezi, Province du Lualaba en République Démocratique du Congo ; **(Défenderesse)** ;

Par exploit du 07 Juillet 2023 de Monsieur LUKINGA BUKANGA, Huissier de justice près le Tribunal de commerce de Kolwezi, sis au numéro 400 de l'avenue du collège, Quartier Biashara, dans la Commune de Dilala, à Kolwezi, Province du Lualaba, en République Démocratique du Congo, la demanderesse fut donnée à la défenderesse l'assignation à bref délai en constatation de l'accord portant la renonciation de l'exécution du jugement rendu sous RAC 166 par le Tribunal de commerce de Kolwezi.

D'avoir à comparaître par devant le Tribunal de Commerce de Kolwezi siégeant en matière commerciale, au local ordinaire de ses audiences publiques sis au numéro 400 de l'avenue du Collège, quartier Biashara, commune de Dilala, ville de Kolwezi, Province du Lualaba en République Démocratique du Congo, à son audience du 11 Juillet 2023 à 09h00'.

La présente cause, inscrite sous le RAC 349, fut fixée et appelée, instruite et plaidée à l'audience du 11 Juillet 2023 ;

RAC 349                                                                 Deuxième feuillet

L'an deux mille vingt-trois, le 07ème jour du mois de Juillet, à 13 heures 28 minutes ;

À la requête de la **Société KAMOTO COPPER COMPANY SA, en sigle KCC SA,** société anonyme avec Conseil d'administration, ayant son siège social aux usines de LUILU, Commune de DILALA, Ville de Kolwezi, Province du Lualaba, République Démocratique du Congo, immatriculée au Registre du Commerce et du Crédit Mobilier sous CD/KZI/RCCM/47-B-00020 et Identification Nationale sous 14-B0500-N45597Q, dument représentée, ici, par son *Directeur Général, Monsieur Clinton DONKIN* ;

Je soussigné LUKINGA BUKANGA, Huissier de justice près le Tribunal de commerce de Kolwezi, sis au numéro 400 de l'avenue du collège, quartier Biashara, dans la commune de Dilala, à Kolwezi, province du Lualaba, en République Démocratique du Congo ;

Ai donné assignation à :

**1. La société CRUSADEUR HEALTH RDC Sarl** dont le siège social est à Kolwezi sise avenue M'siri, n° 180, Quartier Biashara, Commune de Dilala, à Kolwezi, province du Lualaba en République Démocratique du Congo

**2. LA SOCIETE KAMOTO COPPER COMPANY SA, en sigle KCC SA,** société anonyme avec Conseil d'administration, ayant son siège social aux usines de LUILU, Commune de DILALA, Ville de Kolwezi, Province du Lualaba, République Démocratique du Congo, immatriculée au Registre du Commerce et du Crédit Mobilier sous CD/KZI/RCCM/47-B-00020 et Identification Nationale sous 14-B0500-N45597Q, dument représentée, ici, par son *Directeur Général, Monsieur Clinton DONKIN* ;

D'avoir à comparaître par devant le Tribunal de Commerce de Kolwezi siégeant en matière commerciale, au local ordinaire de ses audiences publiques sis au numéro 400 de l'avenue du Collège, quartier Biashara, commune de Dilala, ville de Kolwezi, Province du Lualaba en République Démocratique du Congo, à son audience du 11 Juillet 2023 à 09h00'.

Pour :

Attendu que la demanderesse assigne la défenderesse devant le tribunal de céans À l'effet de solliciter de ce dernier, l'obtention d'un jugement prenant acte de la renonciation faite par la SOCIÉTÉ CRUSADER HEALTH RDC SARL à l'exécution de la décision RAC 166 ;

Que les parties étaient opposées sous le RAC 166 devant le Tribunal de Commerce de céans qui a rendu sa décision en date du 31 décembre 2019 ;

Qu'en date du 31 mai 2023, LA SOCIÉTÉ CRUSADER HEALTH RDC SARL a notifié à la Société KAMOTO COPPER COMPANY SA, en sigle KCC SA, un acte de renonciation à l'exécution de la décision RAC 166, rendue par le Tribunal de céans en date du 31 décembre 2019, en ces termes : « *En application du principe que personne ne peut être indemnisé plusieurs fois pour le même dommage, nous vous notifions officiellement par la présente, que, à la livraison à KAMOTO COPPER COMPANSA de la présente lettre de renonciation, faisant suite au paiement du montant du dommage sur le compte-séquestre de Cohen &amp; Gresser LLP …Crusader renonce définitivement et irrévocablement à exécuter le jugement congolais, à recouvrer les montants qui lui y sont alloués ou en retirer quelques autre avantage et à demander réparation en République Démocratique du Congo pour des catégoriesde dommages alloués dans l'Opinion and Order. Pour éviter toute ambiguïté, à la Date de Prise d'Effet, Crusader décharge met hors de cause et tient quitte, complètement et intégralement, de manière irrévocable et inconditionnelle, Kamoto Copper Company et toutes entités et personnes physiques affiliées à Glencore AG, par rapport au jugement Congolais (RAC 166) et à toute autre demande de réparation en République Démocratique du Congo, pour les catégories de dommages alloués dans l'opinion and Order.La renonciation et décharge ci-dessus engage, à partir de la Date de Prise d'Effet, Crusader, toute société affiliée, ayant droit et cessionnaire quelconque de celle-ci, qui lui succèderait par voie de fusion, scission, absorption, consolidation, réorganisation, acquisition, cession ou toute autre opération, ainsi que tout dirigeant, fondé de pouvoir ou autre personne agissant en son nom…* » ;

Que par présente action, la demanderesse assigne la défenderesse ci haut citée devant votre auguste Tribunal afin que ce dernier puisse prendre acte de leur accord portant renonciation définitive et irrévocable **de Crusader Health RDC SARL**, à exécuter le jugement RAC 166 rendu le 31 décembre 2019 par le Tribunal de céans, à recouvrer les montants qui lui y sont alloués ou en retirer quelques autres avantages et à demander réparation en République Démocratique du Congo ;

RAC 349 <span style="float:right">Quatrième Feuillet</span>

**PAR CES MOTIFS ;**
Sous réserve généralement quelconque, plaise au tribunal de :

- Dire la présente action recevable et fondé ;
- De prendre acte, de leur accord portant renonciation définitive et irrévocable de la société **Crusader Health RDC SARL**, à se prévaloir et exécuter le jugement RAC 166 rendu le 31 décembre 2019 par le Tribunal de commerce de Kolwezi, et renonciation recouvrer les montants qui lui y sont alloués ou en retirer quelques autres avantages et à demander réparation en République Démocratique du Congo ;
- Dépens intégralement à charge de la société Kamoto Copper Company ;
- Et ce sera justice.

Et pour que l'assignée n'en prétexte ignorance, je lui ai, étant à l'adresse sus indiquée, laissé copie de mon présent exploit, de la requête et ordonnance abréviative des délais n°00138du 07 juin 2023 ;

**Pour la Société CRUSADER HEALTH DRC SARL**
Étant à
Et y parlant à
Laissé copie de mon présent exploit.

**Pour la société KCC**
Étant à l'adresse sus indiquée à Kolwezi, aux usines de LUILU
Et y parlant à Monsieur URBAIN NYINDO, conseiller juridique ainsi déclaré
Laissé copie de mon présent exploit.

Attendu qu'à l'appel de la cause à l'audience publique du 11 Juillet 2023, la demanderesse comparut représentée par son conseil Maitre THONY KITENGE, avocat près la Cour d'appel du Haut-Katanga, par contre la défenderesse comparut représenter par son conseil Maitre Benjamin LUKAMBA MUGANZA avocat près la Cour d'appel de KINSHASA-GOMBE ;

Faisant état de la procédure, le Tribunal de céans se déclara saisi à l'égard de la partie défenderesse sur comparution volontaire et saisi sur base d'exploit régulier à l'égard de la demanderesse. À cet effet, le Tribunal accorda la parole à la demanderesse ;

La demanderesse plaida et disposa en ces termes ;
**PAR CES MOTIFS ;**
Sous réserve généralement quelconque, plaise au Tribunal de :

- Dire la présente action recevable et fondé ;

RAC 349                                                    Cinquième feuillet

- De prendre acte, de leur accord portant renonciation définitive et irrévocable de la société **Crusader Health RDC SARL**, à se prévaloir et exécuter le jugement RAC 166 rendu le 31 décembre 2019 par le Tribunal de commerce de Kolwezi, et renonciation recouvrer les montants qui lui y sont alloués ou en retirer quelques autres avantages et à demander réparation en République Démocratique du Congo ;
- Dépens intégralement à charge de la société Kamoto Copper Company

Et ce sera justice.

Attendu que la défenderesse en ses conclusions plaida et disposa en ces termes :

**PAR CES MOTIFS ;**

Sous toutes réserves généralement quelconques :

Plaise au tribunal :

- Dire la présente action recevable et fondée ;
- Prendre acte de la renonciation définitive et irrévocable de la défenderesse à se prévaloir et à exécuter le Jugement rendu le 31 décembre 2019 sous RAC 166 par le Tribunal de céans ;
- Frais et dépens intégralement à charge de la demanderesse ;
- Et ce sera justice.

Attendu que le Ministère Public donna son avis sur le banc en ces termes :

**PAR CES MOTIFS ;**

- Plaise au Tribunal de :
- Dire la présente action recevable et fondée ;
- Par conséquent, prendre acte de la renonciation entre parties ;
- Mettre les frais à charge de la société KCC SA ;

Sur ce, le Tribunal fit suffisamment éclairer et prit l'affaire en délibéré pour le prononcé dans le délai légal

Attendu qu'à l'audience publique du 08 Août 2023, le Tribunal prononça le Jugement suivant :

**JUGEMENT RAC 349**

Attendu que par son assignation à bref délai en constatation de l'accord portant la renonciation de l'exécution du jugement rendu sous RAC 166 par le Tribunal de Commerce de Kolwezi du 07/07/2023 ; La Société KAMOTO COPPER COMPAGNY SA , en sigle KCC SA, Société Anonyme avec conseil d'administration , ayant son siège social aux usines

RAC 349                                                          Sixième feuillet

de Luilu, Commune de Dilala, Ville de Kolwezi, Province du Lualaba, République Démocratique du Congo ;Immatriculé au Registre du Commerce et du Crédit Mobilier sous CD/KZI/RCCM/47-B-00020 et Identification Nationale sous 14-B0500-N 45597Q, dument représenter ici par son Directeur Général Monsieur CLINTON DONKIN ; sollicite du Tribunal de céans pour s'entendre dire la présente action recevable et fondée ;

Prendre acte de leur accord portant renonciation définitive et irrévocable de la Société CRUSADER HEALTH RDC SARL à se prévaloir et exécuter le jugement RAC 166 rendu le 31 Décembre 2019 par le Tribunal de Commerce de Kolwezi et renonciation recouvrer les montants qui y sont alloués ou en retirer quelques autres avantages et à demander réparation en République Démocratique du Congo ;

Dépens intégralement à charge de la Société KAMOTO COPPER COMPAGNY SA ;

Attendu qu'à l'appel de la cause à l'audience Publique du 11/07/2023 à laquelle elle a été appelée, instruite et plaidée la demanderesse la Société KAMOTO COPPER COMPAGNY SA en sigle KCC SA comparait représentée par son conseil Maitre THONY KITENGE Avocat près la Cour d'Appel du Haut-Katanga ; Tandis que la défenderesse Société CRUSADER HEALTH RDC SARL comparait représentée par son conseil Maitre BENJAMIN LUKAMBA MUGANZA, Avocat près la Cour d'appel de Kinshasa Gombe ;

Faisant état de la procédure le Tribunal se déclare régulièrement saisi à l'égard de toutes les parties sur exploits régulier ;

Qu'ayant la parole la demanderesse dit avoir saisi le Tribunal de céans en assignant la Société CRUSADER HEALTH RDC SARL pour constater la renonciation de l'exécution de la décision rendue par le Tribunal de Commerce de Kolwezi sous RAC 166 ; Ce dont KCC SA demande au Tribunal de rendre acte de cette renonciation advenue en parties, frais comme de droit ;

Que la demanderesse dans ses moyens de défense confirme les arguments de la demanderesse précisant qu'elle a fait une renonciation par écrit de l'exécution du jugement rendu sous RAC 166 par le Tribunal de commerce de Kolwezi ;

Qu'il plaira au Tribunal de céans de constater la renonciation de l'exécution du jugement sous RAC 166 ; Prendre acte de celle-ci ;

Frais et dépens à charge de KCC SA ;

Attendu que le Ministère Public ayant la Parole pour donner son avis verbal ;

RAC 349                                                Septième feuillet

Dit que les parties devant le Tribunal de céans sous RAC 166, à la date de ce jour, elles viennent de commun accord renoncer à l'exécution de cette décision ;

Qu'il plaise au Tribunal de céans de dire recevable et fondée la présente action, par conséquent prendre acte de la renonciation de cette décision ;

Attendu que pour le Tribunal de céans après avoir examiné les pièces versées au dossier, constate que la partie défenderesse à renoncer à l'exécution de la décision rendue sous RAC 166 qui a été prononcée en sa faveur, dès lors qu'il git au dossier un acte de renonciation du 30 Mai 2023 du jugement rendu par le Tribunal de céans sous RAC 166 lequel jugement avait condamné KAMOTO COPPER COMPANY SA à lui payer la somme de 6.864.556 dollars d'indemnité de rupture du contrat du 10 septembre 2018 et une somme de 4.000.000de dollars Américains de dommages intérêts ;( cote 16) ;

Qu'étant donné que les parties (KCC te CRUSADER HEALTH RDC) ont décidé de traiter leur dossier à l'amiable, il est de bon droit de faire droit à leur demande ; C'est ainsi qu'il dira recevable et fondée l'action mue par la demanderesse KCC ; Prendre acte de renonciation de l'exécution du jugement RAC 166, selon la volonté des parties ; Et mettra les frais à charge de KAMOTO COPPER COMPAGNY SA en sigle KCC SA ;

**PAR CES MOTIFS ;**

Le Tribunal statuant Publiquement et contradictoirement à l'égard de toutes les parties, le Ministère Public entendu en son avis verbal ;

Vu l'acte Uniforme relatif aux droits des Sociétés Commerciales et du groupement d'intérêts économiques ;

Vu la loi n°13-B du 11 Avril 2013 portant organisation, fonctionnement et compétences des juridictions de l'ordre judiciaire ;

Vu la loi n° 002/2001 du 03 Juillet 2001 portant Création, organisation et fonctionnement des Tribunaux de Commerce ;

Vu le code de procédure civile ;

Dit recevable et fondée l'action mue par la demanderesse la société KAMOTO COPPER COMPANY SA ;

**PREND ACTE** de la renonciation définitive et irrévocable de la défenderesse la Société CRUSADER HEALTH RDC SARL à se prévaloir et à exécuter le jugement rendu le 31 Décembre 2019 sous RAC 166 par le Tribunal de céans ;

Ainsi jugé et Prononcé par le Tribunal de Commerce de Kolwezi siégeant en matière commerciale au premier degré à son audience Publique du 08/08/2023 à laquelle ont siégé le Magistrat GABRIEL

RAC 349                                                                                      Huitième feuillet

KAPOMPWA KAPOMPWA, LUKANDA et KAZAD respectivement Président de chambre et juges consulaires en présence de l'Officier du Ministère Public représenté par monsieur ATHUR SHIKAYI et l'assistance de Monsieur NDUBA LUWAWA Crispin Greffier du siège.

**GREFFIER DU SIEGE**                                **PRESIDENT DE CHAMBRE**

Sé/                                                                               Sé/

**NDUBA LUWAWA**                                    **KAPOMPWA KAPOMPWA**

                                      <u>Juges Consulaires</u>

                                               Sé/

1. **LUKANDA**
               Sé/
2. **KAZAD**