UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>GLENCORE INTERNATIONAL A.G.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  1: 22-cr-00297 (LGS)<br>)<br>)<br>)<br>)<br>) |

## **CONSENT MOTION TO MODIFY CONDITIONS OF PROBATION**

The United States of America (the "Government"), with the consent of the Defendant, Glencore International, A.G. (the "Company"), respectfully moves, pursuant to Federal Rule of Criminal Procedure 32.1(c), to modify the Company's conditions of probation, specifically, the condition that the Company "shall continue with the retained compliance monitor for a term of three years as set forth in the Plea Agreement." Judgment, at 2 (ECF No. 39). The Government has assessed the facts and circumstances of the case and determined to exercise the Government's sole discretion under the Plea Agreement to terminate the monitorship early. Judgment, at 8 ¶ 1. Accordingly, the corollary probation condition is no longer necessary. Because "the relief sought is favorable to the [Company] and does not extend the term of probation or of supervised release," a hearing on this motion is not required. FRCP 32.1(c)(2)(B).

        Respectfully submitted,

        MATTHEW PODOLSKY
        Acting United States Attorney

By: _____s/_____
        Juliana N. Murray
        Assistant U.S. Attorney
        Tel: (202) 637-2314


        LORINDA I. LARYEA
        Acting Chief, Fraud Section

        _____s/_____
        Lorinda I. Laryea
        Tel: (202) 353-3439


        MARGARET A. MOESER
        Chief, Money Laundering and Asset
        Recovery Section

        _____s/_____
        Margaret A. Moeser
        Tel: (202) 598-2345