UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>GLENCORE INTERNATIONAL A.G.,<br><br>Defendant. | 1: 22-cr-00297 (LGS) |

## CONSENT MOTION TO MODIFY CONDITIONS OF PROBATION

The United States of America (the "Government"), with the consent of the Defendant, Glencore International, A.G. (the "Company"), respectfully moves, pursuant to Federal Rule of Criminal Procedure 32.1(c), to modify the Company's conditions of probation, specifically, the condition that the Company "shall continue with the retained compliance monitor for a term of three years as set forth in the Plea Agreement." Judgment, at 2 (ECF No. 39). The Government has assessed the facts and circumstances of the case and determined to exercise the Government's sole discretion under the Plea Agreement to terminate the monitorship early. Judgment, at 8 ¶ 1. Accordingly, the corollary probation condition is no longer necessary. Because "the relief sought is favorable to the [Company] and does not extend the term of probation or of supervised release," a hearing on this motion is not required. FRCP 32.1(c)(2)(B).

Application Granted.  Defendant Glencore's conditions of probation are modified to remove the condition that it "shall continue with the retained compliance monitor for a term of three years."  All other conditions of probation shall remain in effect.  The Clerk of the Court is directed to terminate the motion at docket number 62.

Dated: March 20, 2025
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

By: _____s/_____
Juliana N. Murray
Assistant U.S. Attorney
Tel: (202) 637-2314


LORINDA I. LARYEA
Acting Chief, Fraud Section

_____s/_____
Lorinda I. Laryea
Tel: (202) 353-3439


MARGARET A. MOESER
Chief, Money Laundering and Asset Recovery Section

_____s/_____
Margaret A. Moeser
Tel: (202) 598-2345

2